# RACINE COUNTY JAIL
# HANDBOOK

## INFORMATION, REGULATIONS AND INMATE RULES

**The Correctional Staff will enforce all Laws, State Statutes, Racine County Ordinances and Racine County Jail Rules in the Racine County Jail.**

### THE RACINE COUNTY JAIL IS MANAGED & STAFFED BY
### THE RACINE COUNTY SHERIFF'S OFFICE

### RACINE COUNTY SHERIFF'S OFFICE
### JAIL DIVISION
### 717 WISCONSIN AVENUE
### RACINE, WI 53403

**The Rules and Procedures listed in this book are subject to change at the discretion of the Racine County Sheriff and/or Sheriff's Administration.**

## TABLE OF CONTENTS

| PAGE | 1 | PREFACE |
| PAGE | 1 | JAIL INTAKE/ADMISSION |
| PAGE | 1 - 2 | TELEPHONE USE |
| PAGE | 2 | INMATE TRUST ACCOUNT |
| PAGE | 2 | PUBLIC DEFENDER AND ATTORNEY |
| PAGE | 2 | INITIAL COURT APPEARANCE |
| PAGE | 3 - 4 | CLASSIFICATION |
| PAGE | 4 - 5 | JAIL ISSUED ITEMS AND HYGIENE |
| PAGE | 5 - 6 | GENERAL HOUSING UNITS |
| PAGE | 6 | MEALS |
| PAGE | 7 - 8 | OTHER INMATE PRIVILEGES |
| PAGE | 8 | MAIL PRIVILEGES |
| PAGE | 9 | CONTRABAND |
| PAGE | 9 - 11 | INMATE REQUESTS |
| PAGE | 11 | INMATE MOVEMENT |
| PAGE | 11 - 12 | VISITATION |
| PAGE | 12 | INMATE PROGRAMS |
| PAGE | 12 - 13 | INMATE WORKERS |
| PAGE | 13 - 14 | PERSONAL PROPERTY |
| PAGE | 14 | LOCKDOWN/LIGHTS OUT |
| PAGE | 14 - 15 | DISCIPLINE AND SANCTIONS |
| PAGE | 15 - 16 | SEGREGATION |
| PAGE | 16 - 21 | RULE VIOLATIONS |
| PAGE | 21 - 23 | HUBER LAW PRIVILEGE |
| PAGE | 23 - 25 | HUBER RULE VIOLATIONS |

# PREFACE

This is written in accordance with, Wisconsin State Statutes; Department of Corrections Administrative Code; and standards promoted by the American Medical Association. The Mission of the Racine County Sheriff's Office Jail is to safely and securely confine individuals in the least restrictive environment consistent with behavior, adjustment, special needs, and severity of charges.

While in custody you will be expected to be aware of and to follow the rules. Rules have been adopted for the purpose of maintaining proper custody control, and to ensure the safety and security of the inmate population.

The purpose of this booklet is to make you aware of the rules of this facility, as well as the type of behavior that will be required of you while you are in custody. Your housing location and participation in inmate programs is determined by your initial classification interview, how well you adjust to being incarcerated, and how well you follow the jail rules. **Following the rules and good behavior is the key to a successful stay in the Racine County Jail.**

Racine County Jail employs male and female employees that work in all areas of the jail and maybe in your housing units for lawful duties and assignments.

This booklet is also an informational resource outlining booking process, telephone use, legal representation, classification, inmate privileges, inmate programs, personal property, contraband, visitation, discipline, and Huber Law privilege.

If you have any questions or do not understand the information provided, ask a staff member for clarification.

# JAIL INTAKE/ADMISSION

You have been placed into the Racine County Jail and you will be expected to cooperate with the admission and booking process. This process consists of: a custodial search, personal information update, health screening, alcohol breath test, property inventory, finger prints, mug shots, jail vending account set up, and computer entry of your charges. If you are uncooperative and or highly impaired you may be placed into a segregated holding cell until you are able to cooperate with the booking process. Cooperative inmates will be placed into a group holding cell until the booking process is complete and then into an individual holding cell until classified into a housing unit. Phone use will be allowed in the intake area as long as you have cooperated with the booking process. Depending on your reason for incarceration a **$35.00 Sheriff's Office Processing fee** (all cash warrants and fine & cost commitments), and a **$30.00 booking fee** (all Racine County Jail sentenced inmates) is charged upon entering the Racine County Jail.

# TELEPHONE USE

Telephones are available in the intake area as well as the inmate housing units. **ALL TELEPHONE CALLS AT THE RACINE COUNTY JAIL ARE RECORDED.** Phone calls to the Public Defender and to the PREA hotline are confidential. You will receive a Secures phone PIN number during your booking process. While at the Jail you can place money on to your Secures phone account to make calls or you can make collect calls from the jail. While in the jail you can make an unlimited amount of phone calls, but all calls will have a 15 minute time limit. You will receive a voice message alerting you to the

1

fact your time is running out. The security level of your housing unit will determine telephone privileges and hours of usage. Except for attorney messages, no messages or incoming calls will be accepted for relay to inmates. Emergency messages may be accepted at the discretion of the Jail Supervisor and verified before delivery to the inmate. You are responsible for your phone PIN number if you loose your PIN number or give it out Racine County is not responsible for any lost phone minutes. If you loose your phone PIN or believe it to be compromised you can request a new PIN number. Based on your reason for a new PIN number it may or may not be changed, the change will come at the discretion of a jail supervisor.

## INMATE TRUST ACCOUNT

During the intake/admissions process any cash money you possess will be placed into an inmate trust account. Your inmate trust account can be used for any or all of the following: commissary program, medical fees, Huber fees, and other authorized disbursements. Family members or friends may bring cash, money orders or cashier's check for placement directly into an inmates account at the 24-hour jail entrance. Money can also be placed into an inmates account online at www.INMATEDEPOSITS.com. Upon release from jail, and your inmate account shows a positive balance, you will be issued a debit card for that balance. In certain situations at the Jail Administrator's discretion funds can be released to family members at the inmates' written request.

## PUBLIC DEFENDER AND ATTORNEY

If you do not have an attorney or cannot afford one, the Office of the State Public Defender may represent you in court. As applicable, on the next available court day, a representative will see you from the Public Defender's office at approximately 09:00 AM. The Public Defenders office will determine if you are eligible for their representation. The cost for representation by a Public Defender is based upon ability to pay. The Public Defender phone number is a free call at 262-638-7542.

If you have your own attorney, you will be given the opportunity to contact them by collect telephone call upon completion of the booking process. You may also call your attorney according to telephone privilege times on your individual housing unit. **ALL TELEPHONE CALLS AT THE RACINE COUNTY JAIL ARE RECORDED.**

## INITIAL COURT APPEARANCE

**INITIAL COURT APPEARANCE OR ARRAIGNMENT** is normally the next available court date between 1:30 PM – 2:30 PM. Monday- Friday for new/fresh charges and arrest warrants, bench warrants have to go before a judge so there are different court times and dates for those. Following your court appearance, all court documents are held until 6:30 PM and are then available to the jail staff for updating your file. Jail staff will update these files as soon as possible and information will be available to the public at approximately 8:00 PM. **If you are being released by the court (signature bond, co-signature bond, etc.), you will be released once your paperwork is received from the courts and your jail file is updated and approved. This will happen as soon as possible once the court paperwork is received. Any changes in cash bonds from court will also need to be updated in your file before cash bond will be accepted.**

## CLASSIFICATION

If, after processing into the jail, you are unable to post bond, pay a fine, or otherwise secure your release,

2

BANKS 000552

you will be spoken to by a classification officer and assigned to the appropriate living unit. Objective classification is a process wherein a determination will be made regarding your housing assignment. During your initial 72 hours of confinement the Classification Officers will gather information about your criminal record, past confinement, adjustment, and discipline history. This information will be utilized to determine your correct classification. **There are three (3) levels of classification: Level 1 Minimum; Level 2 Medium; and Level 3 Maximum.**

<u>**MINIMUM**</u>    This classification allows you the most privileges in the jail which may include:

> Dayroom Time          6:00am – Midnight
> Full commissary order list including MP3 players,
> Pillows, and Tennis shoes
> Use of vending machines and microwaves
> Bible study and other programming eligibility
> A twenty-minute non-contact visitation
> Weekly Video Visitation visits
> Inmate worker eligibility

<u>**MEDIUM**</u>    This classification allows you with most privileges in the jail which may include:

> Dayroom Time          6:00am – 10:00pm
> Limited commissary and hygiene products order list including MP3players
> Pillows, and Tennis shoes
> Use of vending machines and microwaves
> Bible study and other programming eligibility
> Weekly Video Visitation visits
> Inmate worker eligibility

<u>**MAXIMUM**</u>    This classification allows you the least privileges in the jail which may include:

> Dayroom Time          6:00am – 9:00pm
> A very limited commissary products order list including MP3 Players
> Weekly Video Visitation visits
> Limited Programming

There are a number of factors used to determine your long-term housing assignment. No one factor is more important than any other is. However, your ability and willingness to follow all jail rules and staff instruction will receive a high degree of consideration.

All inmates are eligible to be reclassified approximately 60 days from the initial classification. After this 60 day period, you may write to the classification office to request a reclassification authorization. If an inmate acts in an exemplary manner, staff members may note this fact in the inmates' record. This may result in being able to move to a lower security level with more privileges as a reward for good behavior. When this occurs you will be moved from your present location to the lower security level. If you do not wish to go to the lower level, you will be moved to a different housing unit of your same security level. You will not be considered for reclassification to a lower level again for the rest of your stay at the

Racine County Jail.

When there are jail rule violations resulting in disciplinary reports, you may be reclassified at that time. Your bad behavior and the reclassification may result in your being moved to a higher level with fewer privileges. Your 60-day time for reclassification will start over again from that date.

**Your initial classification determination is not appealable.** However, you may request, in writing, a classification reassessment to be reviewed by the Classification Supervisor. The supervisor will determine the legitimacy of the request for reclassification and any actions to be taken regarding the request.

## JAIL ISSUED ITEMS AND HYGIENE
### When assigned to a housing unit you will be issued the following items:

| | | |
|---|---|---|
| 2 Sheets | 2 Towels & 1 Facecloth | 1 Blanket |
| 1 Mattress | 1 Jail Uniform Top & Pants | 1 Plastic Spoon |
| 1 Set Jail Sandals | 1 Hygiene Package | 1 Roll Tissue (except E-wing) |

Your sheets, towels and inmate undergarments will be washed once per week at scheduled times for each housing unit. Jail Uniforms will be exchanged for clean ones once per week at scheduled times for each housing unit. If you need an item exchanged before the next scheduled uniform exchange, replacements will be issued at the discretion of the correctional staff.

Regulations, which specifically apply regarding jail issued items and general hygiene, are as follows:

1. Upon assignment to a housing unit and before movement to the housing unit you will be required to shower and change into a jail uniform. Any personal authorized white in color undergarments will be laundered for you and returned to you within 24 hrs.
2. You will be issued a hygiene package (comb, soap, shampoo, toothbrush, and toothpaste). After the initial issue, you will be required to purchase these items through commissary as needed. If you have no funds on your inmate account, you may order an indigent hygiene kit through the commissary on order day.
3. Each inmate is responsible for the items he/she is issued, and shall be held financially responsible for any misuse, damage or loss of these items including any lost vending machine cards.
4. You must keep your personal hygiene neat and clean at all times.
5. Inmates must wear complete Jail uniform at all times when in the dayroom area. All inmates will have pant legs rolled down, not tucked into socks or tied, t-shirts tucked into pants with pants worn around waistline. Slippers are to be worn at all times.
6. You must shower at least 3 times per week and exchange linen as instructed by Correctional Staff. **Shower times are 6:00 AM to 8:00 AM and 8:00 PM to 10:00 PM daily. On E-wing there is an additional shower time of 11:00 AM – 1:00 PM.**
7. Written requests for razors must be turned in by 8:00 AM. Razors are provided for shaving of facial hair only and not other parts of your body. You must shave over a sink. Females can only use razors to shave their legs and under their arms. You may only use your razor and allowing others to use your razor is prohibited. You may not have another inmate shave you. Hair clippers should not be used for shaving. **ALL RAZORS MUST BE RETURNED BY 10:00 AM**
8. Inmates are required to cut their fingernails on a regular basis. Correctional staff will provide

4

fingernail clippers by written request for this purpose.

9. Hair trimmers are available for your use upon written request.
10. All beds will be made by 8:00 AM, and the blanket and sheets tucked neatly under the mattress or folded neatly and placed on the head of the bed.
11. The housing units will be kept cleaned. Special cleaning supplies will be provided two times per day, and the dayrooms, sleeping and shower areas should cleaned by the inmates occupying those areas. If the housing units are not in proper order, privileges will not be allowed.
12. Housing unit mops buckets, and all other cleaning supplies and equipment must be removed from dayrooms at 9:00 AM and again at 8:00 PM.
13. Trash bags will be tied and ready to be removed at 6:00 PM.
14. Inmates are not allowed to wash personal or jail issued clothing or linen in cell sinks or dayroom shower. Your uniforms, linen and undergarments will be laundered for you weekly.
15. Blankets are laundered on a 50 - 60 day rotation.
16. Only prescription glasses are allowed to be worn in the jail. Glasses with writing on them or any type of jewelry, stones, or excessive metal brackets will not be allowed in the jail and will be placed in your inmate property.

## GENERAL HOUSING UNIT RULES

General Housing Unit regulations - you will be expected to follow these regulations while you are housed in the Racine County Jail. This list is not intended to be all-inclusive. You must follow the direction of the Jail Deputy or Correction Officer working your housing floor at all times.

Regulations that will specifically apply regarding your housing unit are as follows:

1. Do not pass anything from one dayroom or cell to inmates in another dayroom or cell.
2. Nothing will be worn in your hair or on your head, - combs, towels, shirts, etc.
3. Do not misuse TV's, tables, chairs, benches, garbage cans, cleaning supplies, vending equipment, phones, etc…
4. Do not move any mattress or assigned bunk without the approval of the Correctional Staff.
5. Do not take; give anything to; from a visitor without permission from Correctional Staff.
6. Do not attempt to communicate or have any contact with an inmate of the opposite sex.
7. Do not pass notes to or from inmates or visitors.
8. Do not enter any cell or sit on a bunk not assigned to you.
9. Do not talk or be out of your bed after lights out.
10. You will line up for a head count at all meal times and line up to get your meals in a orderly fashion.
11. You will cooperate with all inmate head counts.
12. There will be no loud talking during head count and feeding.
13. You must wear your jail slippers when not in bed.
14. Bunks will be either made military style or your linens will be folded neatly and placed at the head of your bed daily by 08:00 AM.
15. Inmates may be on their bunks, but must not be under their covers from the hours of 8:00 AM to 8:00 PM each day.
16. Do not place anything on unassigned bunks.
17. No Gambling.
18. Do not have any bedding item in dayroom - mattress, blankets, and sheets.
19. All requests must be written request.
20. You must personally accept and return your razor.

5

21. Do not act in a loud, lewd, or lascivious manner.
22. Do not yell for a jail staff member except in the case of an emergency.
23. Do not operate the emergency call button, except for legitimate emergency reasons.
24. Loud whistling, singing, or boisterous behavior is prohibited.
25. Do not cover vents, lights, cell bars, bunks, desks, or windows.
26. Toilets are to be used for human waste only; no other items will be placed in them.
27. You may not hang or paste any items on walls except for the authorized area.
28. You may not write on any jail property including walls and uniforms.
29. Do not take or use another inmate's property or attempt to boss other inmates around.
30. Any destroyed issued jail property will be deducted from your inmate account.
31. You may not hang anything from any cell bars, bunks, lights, tables, walls, vents, desks, or any other piece of jail property.
32. Do not use anyone else's Securus phone PIN or Keefe Commisary account.
33. If you find or come into contact with any item that is or could be considered contraband, you must notify the correctional staff immediately.
**34. If you are unsure if something is allowed or proper ask a staff member.**


## MEALS

Meals will be served approximately at the following times:

| | |
|---|---|
| Breakfast | 7:00 - 7:45 AM. |
| Lunch | 11:15 - 11:45 AM. |
| Dinner | 4:00 - 5:00 PM. |


ALL HOUSING UNITS REGULATIONS: MEAL SERVICE /FOOD LINES

1. All meals are delivered and distributed to each housing unit by the designated Correctional Staff.
2. All inmates will line up for a head count before each meal, special diets served first.
3. All inmates will be fully dressed in their entire jail uniform, no headgear will be allowed.
4. Inmates will line up single file to receive their meals; there will be no loud talking while in line.
5. Inmates will only take one tray, and/or item(s) of food as directed by the Correctional Staff, do not take another inmates food.
6. Inmates will promptly empty and neatly stack all food trays by the housing unit door for removal upon the Correctional Staffs request.
7. There will be no loud talking during meals; the volume of the TV will be turned down if the Correctional Staff so desires.
8. All garbage from meals will be placed in garbage can and not in the toilets.
9. Once the meal trays are removed any spills or garbage shall be promptly cleaned up.

## OTHER INMATE PRIVILEGES

**COMMISSARY:** Commissary orders are once per week. The Racine County Jail uses Keefe Vending as the company to distribute commissary. In the housing units that have a kiosk, you will place your commissary order using the kiosk. Some housing units will place their commissary order on the appropriate commissary form. In the housing units with vending machines, you may purchase commissary items from the machine during dayroom hours. Your commissary privilege will be determined by the security classification level of your housing unit: Full commissary order list to Level 1 Minimum & Level 2 Medium; and a Very limited commissary list to Level 3 Maximum. Orders must

be submitted on the proper form no later than 8:00 PM on the designated ordering day(s). Money must be in your inmate account at time order is placed. Inmates who are indigent (have less than $1.00 in inmate account) may receive indigent items by filling out the indigent section on the commissary form. Commissary orders are to be checked in front of Correctional Staff to ensure all items have been received, then sign the receipt and return to staff. Any items not received you must inform staff who will document discrepancy and forward to the commissary vendor. If you are released from custody before your commissary order is delivered, you must pick up the order at the property window within seven (7) days of your release. If you are sentenced and released to a prison your order needs to be picked up with in 30days of your release or it will be disposed of. Racine County Sheriff's Office is not responsible for any lost or stolen commissary items or vending cards, or the use of vending cards

**HAIRCUTS:** Inmates may have haircuts on Sunday nights 8:00 PM - 10:00 PM from any barber licensed in the State of Wisconsin and is not related in any way to the inmate requesting the haircut. Your request for a haircut must be written and received by the 2nd shift Supervisor from the inmate at least five (5) days in advance to the date of the haircut. The request must include the exact name of the licensed barber, the barber's contact information, and the date you would like the haircut. Inmate will be brought to a designated area in the jail for this haircut. The barber will be prepaid by inmate or his/her family; the barber must provide their licensing documents and a valid photo ID; and the barber will only be allowed to bring in a comb & clippers. **No scissors or razors allowed. No physical contact will be allowed other that what is needed to complete the haircut. No visitation allowed during the haircut and the correctional staff have the right to end the haircut at anytime for the safety and security of the facility and the people inside of it. Haircuts performed by a licensed barber are allowed once every 90 days per inmate, unless the haircut is with in 10days prior to a court trial.**


**LIBRARY MATERIALS**: Books are available through the Jail Library, which is directed by the jail chaplain. Inmates are allowed only 2 Racine County Jail stamped books at a time. A Bible, Quran, or Daily Bread distributed by the Jail Chaplain is not counted in the inmate's allowed total. Library privilege is based on the security level of the inmate-housing unit. Library will be brought to designated housing units on a rotating basis and exchange of books and magazines is done at this time. You are not allowed to stock pile books and magazines. Requests for the Law Library must be in writing to the "Classification Office." Any specific reading material must be submitted in a written request to the jail chaplain.
.

**TELEVISION:** A color television is available in each general population housing unit area. Televisions are not allowed in Disciplinary Segregation. The security level of each housing unit determines television privilege. The Correctional Staff have programmed all televisions to the channels approved in your housing units; any resetting of unauthorized channels will result in disciplinary action. Any damage done to the television or it's wires may result in the lose of the television in that housing unit until it can be repaired.

**VOTING:** Inmates wanting to vote on public elections need to mail a written request to the municipality that they have residency in requesting an absentee ballot for the election that they wish to vote in. The absentee ballot request needs to include your address that you live at, the address that you want the absentee ballot mailed to and the election that you are requesting a ballot for along you're your signature. Inmates are responsible for filling out their own absentee ballot and for the cost of mailing the ballot back to the municipality they received the absentee ballot from.

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 8 of 26   Document 45-5

BANKS 000557

# MAIL PRIVILEGES

All regular incoming and outgoing inmate mail is subject to inspection. This includes legal mail (privileged mail). Legal mail shall be opened and staples removed in the presence of the addressed inmate.

All outgoing mail must be in envelopes purchased from the commissary and cannot be reused in any way. Outgoing letters will not have any sticky or liquid base on the envelope or the letter. **Outgoing letters with drawings, symbols (including gang symbols), or writing other than the addressee or the return address will not be accepted.** All outgoing mail must be neat, legible and contain the inmates name, SPN #, and housing unit as return address as well as name/address being sent to be accepted and will not be sent out. Indigent inmates (no money in inmate account) may make a written request for writing paper postcards, and envelopes.

**(RETURN ADDRESS EXAMPLE)**
YOUR NAME
SPN # 555555
FLOOR 2B 8L
RACINE COUNTY JAIL
717 WISCONSIN AVENUE 53403

Incoming mail will not be accepted in envelopes larger than standard business size. No oversize mail or card will be accepted. Mail containing contraband (electrical music devises, lights, stamps, newspaper articles, envelopes, or calendars, etc.) will not be accepted, and will be placed in inmate's property. Inmate mail exhibiting stickers, lipstick, stains, or other potentially biohazard substances on the exterior of the envelopes is not permitted and will be returned to sender. No food or gifts will be accepted. Only appropriate photos will be accepted. Photos or drawings picturing nudity, semi-nudity, or of a sexual nature or in poor taste will not be allowed. Photos or drawings that show/depict gang signs or containing inappropriate images will not be allowed and will be placed in the inmates property. **Any photos or letters containing images or items that are found to be illegal will be confiscated and turned over to a supervisor for review and possible legal action.** Incoming mail must be neat and legible containing inmates name, SPN number, and housing unit to be accepted. No provision for certified mailing exists unless there is a legal requirement for such mail to be officially received, and then a written request must be submitted to a Jail Supervisor. Only personal mail addressed to the inmate will be accepted – NO BILLS WILL BE ACCEPTED.

Newspapers, to be received by the inmate, must be delivered either through the U.S. Mail or directly from News carrier. Inmates will only be allowed a total of two (2) newspapers in their living area at a time. Magazines will not be allowed in the Racine County Jail inmate housing units due to their potential use as dangerous weapons.

Only new books sent directly from the Publisher or a reputable, established bookstore will be accepted thru the mail. The limit is two (2) books total per inmate in their possession at any time. It is the inmate's responsibility to send any excess (over 2) books received thru the mail to the property clerk

8

along with the proper property release form designating the person who will pick up the book. These excess books must be picked up within seven days or will become Jail Library property.

# CONTRABAND

While in custody, you are not permitted to be in possession of contraband. **Contraband is defined as any item or substance which cannot legally be in your possession or which is forbidden by jail policy.** Inmates will cooperate with searches and may be searched at anytime.

The following rules apply to contraband. As an inmate you shall not:
1. Have any contraband in your possession.
2. Bring or attempt to bring contraband into the facility.
3. Possess any gambling device except playing cards.
4. Possess any jewelry, unless authorized by correctional staff.
5. Have any money in your possession while in housing units.
6. Possess excessive Jail property (mattress, blankets, sheets, uniforms, cups etc).
7. Possess any pornographic drawings or photographs.
8. Possess tobacco products, smoking materials (lighters, matches, pipes, rolling papers, etc.)
9. Possess any illegal drugs or medications.
10. Possess any item that has been altered from its original intended use.
11. Possess any damaged jail property.
12. Possess any item that is not from your housing unit.

You may have in your possession any item that is available for purchase through the jail commissary **based on your classification level**. However an inmate may not possess a quanity of commissary that is deemed excessive by the correctional staff. Items not available through the jail commissary but are allowed in your assigned cell are as follows:

1. Two (2) newspapers.
2. Two (2) books. A Bible, Quran, or Daily Bread does not count toward your total book allowance. Books are available only through the U.S. Mail or Jail Library. Friends or relatives may not bring books to you. Any excess books, more than (2), will be considered contraband & become Jail property and given to the Jail library.
3. A total of twenty-five (25) pictures and/or personal letters.

The Correctional Staff, to assure compliance with the restrictions listed, will conduct routine inspections. Any excessive amounts of newspapers or books will be removed from the dayrooms. Confiscated newspapers will be destroyed, books will be returned to the Jail Library. Personal letters/pictures, in excess of 25, will be placed into the inmate's property. Once contraband is placed in the inmate's property bin, it will remain there until the inmate is released from our jail following the standard property release rules. **All other contraband will be disposed of.**

# INMATE REQUESTS

Five (5) forms are available for you to request, authorize or communicate information to staff members. All requests submitted must include your Name, SPN number, and housing location. Request times are at 08:00 AM and 06:00 PM. Do not submit multiple requests for the same concern; it may take several

days for a formal written response.

1. **Inmate Request** - is a general-purpose document used to request a variety of services and programs. This form can be used to submit a concern or convey information to a staff member including the jail chaplain. The request form must be legible, signed, have housing location, dated, and submitted without profanity to the Correctional Staff at request times. **Any forms that are non-legible, incorrectly filled out, or containing threats or profanity will not be responded to.**

**Grievances/Complaints:** During your confinement you may feel you have a basis for a grievance or complaint. When this is the case, whenever possible, you are encouraged to resolve the complaint informally with a Correctional Staff member. When an informal resolution is not possible, a written grievance/complaint can be submitted to jail supervisory staff then reviewed by the jail administrator and/or their designee. Use the Inmate Request form for all grievance/complaint issues. The legitimacy of each complaint will be determined and a response/resolution will be provided. Keep in mind that the grievance/complaint procedure is a means for the inmate to seek a resolution for legitimate factual concerns. Grievance appeals must be done in writing within 15 days to the jail administrator using the inmate request form.

2. **Inmate Request for Medical Attention Form** - Medical staff is available at some time each day, and on-site Doctors care is available at least once per week. Inmates seeking medical attention must submit a written request on this form at inmate request time (08:00 AM & 6:00 PM), unless emergency circumstances exist. You must clearly write the problem, your name, housing unit, SPN number, and date on the medical request form. The completed form is to be turned over to the Correctional Staff member to forward to the Medical Staff. **Please be advised that it may take a few days to see the nurse due to the number of requests submitted daily, please be patient - DO NOT SUBMIT MORE THAN 1 MEDICAL REQUEST FORM - YOU WILL BE SEEN AS SOON AS POSSIBLE. All forms will be reviewed and triaged by the medical staff with the most concerning issues seen first.** A nominal fee will be deducted from your commissary account for medical attention. Jail inmates will be assessed the following charges for health care services:

| | | | |
|---|---|---|---|
| In House Medical Visit | $8.00 | Prescription Medication | $7.00 |
| Outside Medical Referral | $15.00 | Dental Visit | $15.00 |
| Medical Lab Work | $8.00 | Rescue Call | $15.00 |

3. **Child Support Negotiation Purge Form** - This form is used by inmates being held on child support commitments who are able to raise some money and usually have jobs so that the Child Support Division may agree to lower the amount of money needed to purge out of jail. This form is to be filled out completely, given to the Correctional Staff to forward to the Child Support Department. Do not submit more than one (1) form, again be patient, yours are not the only request and it takes time.

4. **Alcohol and Drug Treatment (AODA) Program Request** - This form is used by the inmate's that realize that they have a drug or alcohol problem and wish to be considered for the in-house Drug and Alcohol Program. After completion of this form the Correctional Staff will forward the form to the AODA Program Director. As openings become available, they will be filled by the program director.

5. **The Prisoner Rape Elimination Act (PREA)** - Any inmate in the Racine County Jail that believes they have been sexually assaulted or harassed or have knowledge of such acts, may report this violation

10

in the following ways, the inmate can report the violation to any officer or other staff member directly. If the inmate is not comfortable with this reporting option they may request a Complaint/Request Form from any officer and make their complaint and have it sealed and sent directly to Jail Administration for review. Any inmate may also call the Racine County Jail PREA Hotline at 636-3811 (free of charge). You may also call Sexual Assault Services at (262)-637-7233 24hours a day (free of charge) if you feel you need assistance in reporting or dealing with a sexual assault. Racine County will comply with the Prison Rape Eliminate Act (PREA).

## INMATE MOVEMENT

When traveling throughout the jail inmates will walk single file as directed by the Correctional Staff. Inmates will not attempt to walk through the jail without a Correctional Staff member, except Inmate Workers. There will be no talking, horseplay, or running by any inmate in the hallways of the jail. Inmates will not take any item from their housing unit unless authorized by a Correctional Staff member. While moving through the jail no inmates will have contact with any other inmate in any way unless it is needed for an emergency situation. No inmates will take, give, or attempt to take anything from any other inmate or any visitor unless directed to do so by the correctional staff.

## VISITATION

**PROFESSIONAL VISITATION:** Contact visits with attorneys of record, counselor, and/or other recognized professional person is permitted between the hours of 8:00 AM and 9:00 PM. **However, during the times listed below no visitation will be conducted unless otherwise authorized.**

> **11:00 AM – 1:00 PM**            **4:30 PM – 6:00 PM**

During designated inmate shower times, professional visits will only be allowed in the intake area unless otherwise authorized.

**PUBLIC VISITATION:** Inmates classified as **Minimum Inmates, Huber's, Community Service Workers, and Inmate Workers** may receive a non-contact visit (behind glass with telephone) from an outside person (family or friend) on Sunday during the visitation time scheduled for your security level-housing unit. These visitation times are posted in your dayroom and **it is the inmate's responsibility to inform their visitors of the time for registration, jail staff will not give out visitation information.** Each minimum inmate is allowed only one (1) visit per week consisting of a 20-minute duration. Inmates on discipline status do not receive any visits.

The person(s) visiting you must be at least 18 years of age. Exception is if he/she is the spouse of the inmate and able to provide proper identification along with proof of marriage or he/she is the child of the inmate and is accompanied by and under the direct supervision of the other parent or guardian.

Each visitor must be prepared to present a photo identification card that includes the following: Name; Date of Birth; Hair Color; Sex/Race; Height/Weight; Color of Eyes. Only 4 visitors (no matter the age of the visitor) can be allowed for the inmate visit

**VIDEO VISITAION:** All inmates not in disciplinary segregation are allowed to use the video visitation equipment to receive visits. The number of video visits you are eligible for is based on your

classification status. All video visits are set for a 20 minute duration but maybe ended at any time by the correctional staff. To get a video visit your family/friends must go to the video visitation site to preregister and schedule the visit with you. Video visitors can do the video visit from either the video visitation room located in the professional entrance to the jail for free or from a home computer for a nominal fee.

Rules for Video Visitation:
1.) You are not allowed to give the phone to any other inmate during your video visit.
2.) Your visit will be ended if any showing of nudity or simulated sexual acts are shown.
3.) All video visits are recorded and monitored.
4.) Video visits can be ended by the correctional staff at anytime for the safety and security of the facility with out notice.
5.) Video visitation times coincide with the professional visitor times.


# INMATE PROGRAMS

A number of inmate programs are provided by the jail. These programs are to address special needs, and allow for constructive use of your time during confinement. Program eligibility and participation will also depend on your inmate classification status. You should write the jail chaplain if interested in any inmate programs. Any program may be suspended or cancelled without notice.


## Programs Available

The following is a list of programs that are currently available:

1.      Bible study (includes Spanish and catholic studies) Available *on all floors!*
2.      Alcoholics Anonymous meetings
3.      One on One mentoring (volunteer to talk with each week) *Available on all floors!*
4.      GED and Tutoring (discontinues during July and August) *Available on all floors!*
5.      High school (discontinues during July and August) *Available on all floors!*
6.      Life Skills (basic skills in good living)
7.      Self Esteem (better understanding who you are and who you want to be)
8.      Anger Management ( men & women)
9.       Issues (women only, currently looking for volunteer to staff this group)
10.     AODA groups
11.     Library Services (discontinued during month of July)
12.     Worship Services (each Saturday, two pods per week which means services will be every 4 weeks)
13.     Literacy help (tutor for reading)
14.     Pre-Post Release Program  (identify needs, assistance after release; food, clothing, shelter)
15.     Mentoring Programs
16.     Read a Story Program

To *SIGN-UP* for programs; ask the jail staff member in charge of your housing unit for a request form. Fill it out neatly and completely (if it can not be read, it will be discarded). Place "Chaplain" in large print in the upper left corner of the form. Write in your requests and you will be added to the list for that program. Understand only eight (8) inmates are permitted per group so not all that want to participate will be able to until there is an opening. IF you have a <u>genuine</u> emergency ask the jail staff member to contact the Chaplain by phone or email and the Chaplain will make this a priority.

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 13 of 26   Document 55   BANKS000562

# INMATE WORKERS

Inmates meeting certain criteria may be selected for this program. Several issues are taken into consideration: the severity of current convictions; court/charge status; P.O. holds; prior offense history; institutional assault history; escape history; number of disciplinary write-ups; and felony convictions. Inmates that are classified as Maximum will not be considered for inmate worker opportunities. There are other subjective considerations also taken into account to determine if an inmate can partake in the inmate worker program. **Being an inmate worker is a privilege and can be removed at any time.** All inmate worker selections will be made and authorized by Jail Staff designee. Inmate workers will be granted additional credit toward time served based on Judgment of Conviction restrictions and work performed satisfactorily. Inmate workers must abide by the following rules:

1. Obey all general rules as they may apply.
2. Remain neat and clean at all times.
3. Must have a neatly trimmed haircut.
4. Must shave and shower every day.
5. Must be in complete uniform at all times when out of their housing unit.
6. Will not hand to/or receive anything directly to/or from another inmate.
7. Living quarters will remain extremely clean at all times.
8. Do not communicate with any inmates, and this includes when inmate workers are helping the Correctional Staff feed and when doing linen exchange. This also includes not talking to or giving any items to inmate in the holding cells.
9. Being in any unauthorized area is prohibited unless a Correctional Staff member is present.
10. Inmate Workers that are not assigned to laundary, 1st floor cleaner, or E-wing cleaners will not loiter in the laundry room.
11. When supplies are needed inmate workers will generate a list of the supplies needed and contact the officer on 3A/2C to get the needed items.
12. No unauthorized visits to the chaplains or medical office with out permission from the jail staff. If you need to see the medical staff or chaplain you need to fill out a written request.
13. No inmates are at no time allowed to enter the wing/housing area of the opposite sex inmates unless accompanied by a correctional staff member and that housing unit/floor has been notified of the visit. Any violation of this rule will result in immediate removal from inmate worker status and you will no longer be eligible for further inmate worker status.
14. **If fired as inmate worker you will lose all credit toward time served earned.**

# PERSONAL PROPERTY

Within each inmates living quarters (cell or dorm) the following will be allowed: legal papers, personal letters, photos no larger than 4" x 6" (Polaroid pictures are not accepted or allowed), prescription glasses, dentures, and other items purchased through commissary. Unless granted by the Medical Staff, no dark lens glasses will be allowed.

**Release of Personal Property:** The following items can be released from your property to an outside person (family or friend): Jewelry, cell phones and keys. A property Release form must be completed and submitted to a correction staff member. The release form must include the full name of the person the property is to be released to, as well as, your signature and date. The person picking up the property must provide a picture identification card and sign an acceptance receipt. **Property pickup times are Monday thru Friday (excluding holidays) from 12:30 PM to 1:30 PM.**

13

**State Prison** - inmates being transferred to these facilities will go in jail orange uniform. Their legal mail and one pair of glasses is the only other property allowed to go with them. The inmate must make arrangements to have all other property not accepted by that system picked up within thirty (30) days of the inmate's departure. The inmate must fill out the appropriate property release form with the person's full name that is picking up the property. The inmate must inform this person to come to the Racine County Jail to pick up the property. If any inmate leaving for prison does not want his/her property - the property will be given to the inmate, the inmate must sign the property release form, **then the inmates will throw their own property (including any jewelry) into the trash container or can write and sign a statement releasing/donating the property to the Chaplain**. At the end of 30-days, all unclaimed property may be given to charity. Property located at the jail must be picked up at established property pick up times, which are **Monday thru Friday (excluding holidays) from 12:30 PM to 1:30 PM.**

**Sturtevant Transitional Facility (STF)** – all inmates transferred to this facility will take all their personal clothes in property bin and their legal mail with them to STF. A check will be issued from inmate trust account if there is a positive balance and will be mailed to STF. All jewelry, medications from admin cabinet, and any other personal property will be subject to the same 30-day property pick up rules as State Prison above.

**Inmates' returning to State Prison on WRIT** - will return in prison uniform, along with legal mail, medications (open blister packs), and inmate checks. All other personal property will be subject to the same 30-day property pick up rules as State Prison above.

**Inmates going to Mendota, Winnebago, or any other State Hospital** - these inmates will take all of their property with them - no exceptions.

## LOCKDOWN/LIGHTS OUT

The security level of the housing unit determines Lockdown time and lights out. All inmates will be in their cells, bunks, or on their mattresses, as the situation dictates, even if the Correctional Staff is not present on the housing unit. **Inmates are to remain quiet, no loud talking will be allowed.**

| | |
|---|---|
| **MAXIMUM CLASSIFICATION DAYROOMS** | **9:00 PM** |
| **MEDIUM CLASSIFICATION DAYROOMS** | **10:00 PM** |
| **MINIMUM CLASSIFICATION DAYROOMS** | **MIDNIGHT** |

## DISCIPLINE AND SANCTIONS

In the event that you are observed or suspected to be in violation of a rule(s), the staff member making the observation or having such suspicion will determine whether to address the matter formally or informally. General rules of conduct have been adopted to provide for the safe, secure and orderly operation of the Jail. Certain infractions may place you in violation of Wisconsin State Statutes and/or Racine County Ordinances. In all such cases the matter will be referred to the District Attorney's Office for prosecution, or a Racine County Ordinance Citation will be issued. Violations of Jail rules will result in either loss of privileges, good time, or placement in disciplinary segregation for each rules violation. Minor and Major rule violations can be signed off by the inmate in turn agreeing to the imposed sanction. Inmates may also appeal imposed discipline by following the inmate grievance procedure.

14

**Jail rules are divided into four (4) categories: Category 1 Minor Violations; Category 2 Major Violations; Category 3 Major Violations; and Category 4 Huber Law Violations.**

Types of discipline may vary based on the severity of the offense(s) and the frequency which an inmate violates jail rules. Sanctions that may be imposed as discipline include any of the following:

1. Verbal reprimand/Written warning.
2. Loss of privileges (commissary, visitation, TV, telephone, etc.)
3. Lock down for up to 8 – 24 hours.
4. Entire dayroom lock down until the investigation completed.
5. Removal from an assigned area.
6. Loss of good time.
7. Disciplinary Segregation.
8. Loss of Huber Law privilege.
9. Reclassification to a higher classification level

A major rule violation means a violation of the jails rules of behavior for which a major penalty or penalties may be imposed if the accused inmate is found guilty. The accused inmate may sign off and accept the issued discipline or request a due process hearing on the major rule(s) violation. The exact date and time of the hearing is determined by the availability of a supervisory staff member (hearing officer). The Hearing Supervisor will conduct your hearing and you will be able to:

- Be present at the hearing, make a statement and present all relevant evidence.
- Present any relevant witnesses whose testimony is not cumulative of other evidence, unless the safety of any other witness or the security of the facility would be threatened if that witness testified. The reason for the absence of the witness shall be documented.
- If you refuse to attend the hearing or disrupt the hearing, the hearing may be conducted without you.
- The hearing officer may hear the testimony of a witness outside the presence of the accused inmate if there is a significant risk of bodily harm to the witness in testifying in front of the accused inmate. The reason for the accused inmate's absence will be documented.
- If you have difficulty understanding the issues, you have the right to a staff advocate to assist in understanding the charges and preparing a defense. The hearing supervisor will assign the staff advocate.

A sanction or penalty may or may not be imposed by the Hearing Supervisor based on the findings of the disciplinary proceedings. The Hearing Supervisor can impose sanctions or penalties up to ten (10) days Disciplinary Segregation for each jail rule violation. Disciplinary findings and imposed sanctions may be appealed to the Assistant Jail Administrator or the Lieutenant in charge of Jail Operations. Once this appeal is returned this decision can be appealed to the Jail Administrator. The appeal is to be in writing, on the inmate request form, and turned over to a staff member within 24 hours of the finding decision. Based upon the legitimacy of the appeal the original penalty may be removed, decreased, increased or left unchanged by the Jail Administrator or his designee. **The Jail Administrator's Appeal decision is final.**

Keep in mind that your adherence to jail rules, the behavior that you exhibit, your general attitude, and demeanor will determine your classification, housing assignment, and availability of jail programs and privileges.

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 16 of 26   Document 55   BANKS000565

# SEGREGATION

**Medical Segregation** is a housing unit for inmates because of special medical requirements and requested by jail medical staff. Medical segregation is allowed video visitation.

**Administrative Segregation** inmates are in separate housing units from the general population inmates. Inmates placed in Administrative Segregation are allowed to have 1 pad of paper, 1 pencil, hygiene items, a Bible, and 1 hour per day out of cell to shower. Inmates may receive mail and are allowed to use the telephone, video visitation and TV (if available in the housing area) during their 1 hour out. Administrative Segregation inmates are allowed one video visitation per week. A jail supervisor will conduct a review of the inmates' segregation status every 10 days.

**Disciplinary Segregation** inmates are in separate housing units from the general population inmates. These inmates will receive their mail upon completion of their discipline when they are moved out of Discipline status**.** Inmates placed in Discipline Segregation are allowed to have 1 pad of paper, 1 pencil, hygiene items, a Bible, and 1 hour per day out of cell to shower. Newspapers, and/or books are not allowed. Inmates are allowed telephone privilege during the 1 hour out of their cell. **Mattresses will be removed in these cells between 08:00 AM and 8:00 PM daily**.

## Inmates on Disciplinary Segregation do not receive any type of visitation privileges.

**Any inmate in any type of segregation who is combative or is a further safety risk will forfeit his one (1) hour out of cell while that risk continues.**


## CATEGORY 1 MINOR RULE VIOLATIONS

**Category I Minor Violations: A minor discipline is a verbal or written reprimand, restriction of privileges for 24 hours or less, or placement in punitive segregation for 24hours or less.**

The following are **CATEGORY 1 MINOR VIOLATIONS**:

**100 -** You must obey all lawful orders or instructions given by Correctional Staff.

**101 -** Possession and/or wearing unauthorized clothing, includes wearing headbands or head coverings without authorization. Do not place, adorn, protrude or insert any item in or on an inmate's hair.

**102 -** You must be fully clothed at all times when not in the sleeping or bathroom areas.

**103 -** You may not roll up pants legs, alter clothing at all, or conceal hands in any way.

**104 -** Jail sandals must be worn while walking anywhere in the jail facility.

**105 -** You will wear a full jail uniform and footwear when leaving dayrooms.

**106 –** Jail uniform shirts may not be tucked into pants, worn inside out, or backward.

**107** - No bedding or linen (mattress, blankets, pillows, or sheets) will be allowed in dayrooms.

**108** - You may not accumulate excessive amounts of books, newspapers, or other materials.

**109** - Do not cover, attach (affix), or tie any item to walls (except designated area in cell), cell bars, beds, bed rails, light fixtures, windows, vents, or any other surfaces including unoccupied beds or desks.

**110** - Misuse of county property (clothing, bedding, etc.) for any purpose other than authorized purpose.

**111** - You may not store any drinks or foods from the jail kitchen (for more than 4 hours) or any other food item except packaged food that you purchased through the commissary.

**112** - No stockpiling (hoarding) of allowable items (toilet paper, shampoo, soap, medications, etc)

**113** – Any use of obscene or abusive language towards another inmate. This includes verbal or physical demonstrating gestures of contempt or disrespect to another inmate.

**114** - Failure to properly maintain dayroom, cell, or bunk area. Includes littering - all trash must be placed in the appropriate container.

**115** – No giving/taking/possessing commissary item(s) to/from another inmate.

**116**- No commissary or unauthorized items will leave the dayroom housing area. Religious materials and instructional materials will be authorized on an as needed basis.

**117** - Showers will only be taken at authorized times.

**118** - Any talking into or through the vents or toilets to others.

**119** - Any conduct contrary to good order, or the safe, secure, and tranquil operation of the jail. Inmates must conduct ones self in an orderly manner.

**120** - There will be no loud talking during head counts, feeding, or after lock down.

**121** - You will not sit/stand on tables in dayrooms or desks in cells, or stand on the seats of these items.

**122** - Inmates will make their beds, cells and dayrooms will be cleaned by 0800 AM.

**123** - Inmates may be on their bunks, **but not under the covers from 08:00 AM until 8:00 PM** each day unless otherwise authorized by Correctional Staff or Medical Staff.

**124** – Do not cross over the **RED LINE** on the dayroom floors unless authorized by Correctional Staff.

**125** – You will not knowingly make a false (written or oral) statement about another inmate.

**126** – Interfere with legitimate activities of others (block view of TV, hide games, books, etc).

## CATEGORY 2 MAJOR RULE VIOLATIONS

**Category 2 Major Violations will result in sanctions or penalties up to three (3) days in disciplinary segregation or one (1) days loss of good time for each jail rule violation.**

The following are **Category 2 Major Violations**:

**200** - Refusing to comply with lawful order or instruction of Correctional Staff.

**201** - The 2nd or subsequent violation of a Level 1 Minor Violation offense during the current period of incarceration will be upgraded to a Level 2 Major Violation.

**202** - Disobeying any verbal or written orders from Correctional Staff member.

**203** – Horseplay, running, grabbing, jumping, or pretend fighting by any inmate.

**204** - Initiating or participating in a multiple party (3-way) telephone call.

**205** - Presenting false information (lying) or interfering with Correctional Staff in performance of duty.

**206** - Participating in gang-related activity or communication including gang signs.

**207** - Possession of any type of contraband.

**208** – Any safety or sanitation regulation violation **includes misuse of emergency buzzer**.

**209** - Tattooing / possession of Tattooing Paraphernalia, ink pens, or any marking pens.

**210** - Making any sexual threat, proposals, or gestures to another person.

**211** - Damaging or tampering with jail property. Any damaged jail property must be reported immediately to Correctional Staff when received (as issued, or during clothing exchange, etc).

**212** - Disruptive Conduct: But not limited to: pounding, kicking, shouting, running, and verbal confrontations - Inmates must conduct them self in an orderly manner.

**213** - Any threat to another inmate.

**214** - Any indecent exposure.

**215** - Possession of unauthorized medication.

**216** - Misuse of authorized medication.

**217** - Possession of any unauthorized Racine County property.

**218** - Possession of any unauthorized monetary items - credit cards, money, checks, etc.

**219** - Failure/refusal to cooperate with inmate head counts.

**220** - Violation of telephone or mail regulations.

**221** - Any gambling.

**222** - Possession and/or use of any smoking materials.

**223** - Leaving an activity without the permission of the supervising staff member or activity leader.

**224** - Failure to maintain personal hygiene.

**225** - It is a violation for any inmate to give a meal item(s) to another inmate.

**226** - It is a violation for an inmate to possess or receive a meal food item(s) not his own.

**227** - Inmates will line up at the cell bar doors for headcount.

**228** - Inmates will line up single file in full uniform when receiving a meal.

**229** - Inmates will only take/receive one complete meal. Do not take another inmates food.

**230** - When finished eating, inmates will empty and neatly stack all food trays at the dayroom door.

**231** - Inmates will not deface county property - do not write on walls or anything other than paper.

**232** - Inmates will not throw or project any item or substance toward another inmate.

**233** - Any disrespect towards any Correctional Staff member or activity provider.

**234** - Any violation of: work release rules, inmate worker rules, or other activity not covered elsewhere.

**235** - Being in any unauthorized area, including unassigned cell/bunk area.

**236** - Inmates may not possess any nude pictures, drawings, or photographs.

**237** - Inmates must store all personal or jail issued property in their cells when not in use. On E-wing inmates must store all personal or jail issued property on their bunks or in their assigned lockers.

**238** - Inmates may not enter another inmate's cell. An inmate may not give permission to another inmate to enter his/her cell. Only Correctional Staff can give permission.

**239** - Inmates may not sit or lie on another inmate's bed.

**240** - Inmates will walk single file through all hallways or in the designated area at all times. Talking or other unauthorized communication is prohibited while walking in the hallways or between inmate(s) and other housing units.

**241** – Disguise or alter appearance in any way.

BANKS000569

**242** – Do not enter another inmates locker on E-wing or in the Huber areas.

**243** – Do not exit the dayroom unless you are ordered to by a Correctional staff member.

## CATEGORY 3 MAJOR RULE VIOLATIONS

**Category 3 Major Violations will result in sanctions or penalties up to six (6) days in disciplinary segregation or up to two (2) days loss of good time for each jail rule violation.**

The following are **Category 3 Major Violations**:

**300** - Refusing to comply with Correctional Staff orders or Instructions that require additional Correctional Staff members to respond to render assistance.

**301** - The 2nd or subsequent violation of a Level 2 Violation offense during the current period of incarceration will be upgraded to a Level 3 Violation.

**302** – Fighting or any assault.

**303** - Any threat to Correctional Staff or service provider.

**304** - Involvement in a disturbance requiring additional Correctional Staff to respond.

**305** - Committing any act(s) that necessitates a security search by Correctional Staff.

**306** - Knowingly using a forged, counterfeit or altered document.

**307** - Possessing any stolen property.

**308** - Giving a false (written or oral) statement about a Correctional Staff member or service provider.

**309** - Possession/manufacturing of unauthorized beverages.

**310** - Consuming of items or substances, which may cause physical or mental impairment.

**311** – Possessing, use, or manufacture of any key, tool, weapon, or dangerous instrument.

**312** - Committing any act, which requires Correctional Staff to perform use of force.

**313** – Participating or inciting of a riot.

**314** - Any use of force against a Correctional Staff member or service provider.

**315** - Any sexual assault or activity.

**316** – Any sexual harassment of another inmate, Correctional staff member or service provider.

BANKS000570

**317** - Arson.

**318** – Escape, attempt to escape, or assist another to escape or attempt to escape.

**319** – Wear, possess, or manufacture a staff member uniform, badge, or ID card.

**320** - All inmates must obey Wisconsin State Statutes, County and Municipal while in the county jail and out on Huber or work release programs.

**321** - Do not use another inmate's phone or commissary PIN.

**322** – Inmate's will not be in any area of the jail that is used to house the opposite sex inmates unless they are in the area for an assigned job or duty and are under the direct supervision of a Correctional staff member.

## HUBER LAW PRIVILEGE

Under Wisconsin State Statute 303.08(1) any person sentenced to the county jail for crime, non-payment of a fine or forfeiture, or contempt of court, may be granted the privilege of leaving the jail during necessary and reasonable hours of any of the following purposes (Includes Racine County Jail requirements): All Huber law privilege must be verified before an inmate will be allowed to leave the Racine County jail including paperwork and documentation.

1. **Seeking employment or engaging in employment training** – Inmate must request to be placed in the work search program. If a job is available, the eligible inmate with paid Huber fee, will be allowed to go to the employment agency and register for employment. Inmates may be out of the jail only during working hours and reasonable travel time (to be set by Jail staff). The maximum amount of time an inmate may be out of jail is 12 consecutive hours and 6 consecutive days per week. Inmates may not work part time jobs (less than 8 hours per day or 40 hours per week) unless approved by Huber Supervisor and/or is court ordered.

2. **Performing community service works under s. 973.03** – Prior to beginning work as a community Service inmates must be accepted into the jails community service program and have the authorization of the sentencing court. For more information contact the Community Service Officer of the Jail.

3. **Conducting any self-employment occupation including housekeeping and attending to the needs of the person's family** - Inmates self employment must be verified by the jail staff by checking pay records, tax forms, business bank statements, business phone statements, business licenses, and/or any other means or records requested by jail staff. Once self-employment has been verified, those who are gainfully self employed (earning at least minimum wage as defined by law) and have paid the weekly Huber fee, may leave the jail for self-employment during necessary and reasonable times. Inmates may be out of jail only during working hours and reasonable travel time (to be set by jail staff). The maximum amount of time an inmate may be out of the jail is 12 consecutive hours and 6 consecutive days per week.

4. **Child Care - attending to the needs of the family (Child Care/Elder Care), or Housekeeping** - Inmates child care must be verified by the jail staff by checking the Child (ren) s birth certificates (which must show the inmate as a parent, or legal guardian), Social Security cards for the child (ren), and a copy of the custodial parents work schedule on Company Letterhead showing the days, hours of work which the jail staff will verify. If you are the legal guardian you must provide original documentation form the court showing you are the legal guardian or that you have Primary Placement of the child. The inmate may be out of jail only during the approved childcare hours and reasonable travel time (set by jail staff). The maximum amount of time an inmate may be out of jail is 12 consecutive hours and 6 consecutive days. You must have a court order to conduct any other activity deemed to be Elder Care or "Housekeeping"

5. **Attendance at an assessment or treatment program required by a driver safety plan ordered by a court under s. 343.30(1q)**

6. **Attending court proceedings to which the person is a party or for which the person has been subpoenaed as a witness.**

7. **Attendance at an educational institution** – The jail staff must verify the inmates' attendance at an educational institution by checking a schedule of classes and/or other means. Once attendance is verified, the student inmate may leave the jail during necessary and reasonable time to attend the educational institution. Inmates may be out of jail only during scheduled hours and reasonable travel time (to be set by jail staff). The maximum amount of hours an inmate may be out of jail is 12 consecutive hours a day and 6 consecutive days per week.

8. **Medical treatment** - Huber inmates who are ill or injured may go to a medical facility at their own expense. Ill or injured Huber inmates will not be sent out without a reasonable means of transportation (example - inmates claiming leg pain may not walk to a medical facility, a person claiming a head injury must have a friend or relative take them in case they become disorientated or become unconscious). When returning to the jail, inmates must have a note from the medical facility on letterhead stating what time they arrived/left the medical facility. Inmates requesting to seek medical attention on their normal day in may be required to stay in the jail on their next normally scheduled day out. In an emergency situation a rescue squad may be called, at the inmate's expense.

9. **Attending a parenting education program.**

10. **Meeting with the Huber inmates' probation, extended supervision, or patrol officer. HUBER LAW** - Inmate earnings, wages, and/or salary in payroll checks must be turned over to the jail when received, in accordance with s. 303.08(5). No deductions are allowed except social security, withholding tax and union dues. The money will be distributed as by law s. 303.08(5).

To be eligible for Huber for employment, **the initial Huber fee is $153.00 for the first nine (9) days** (payable at time being accepted into the Huber facility) **and then $119.00 per week thereafter**

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 23 of 26   Document 5   BANKS000572

payable no later than Sunday. You must be paid up for one (1) week in advance at all times or you will not be released for work. **There is no Huber fee for the following: Childcare; Huber for school; or Huber for medical treatment.**

The Jail staff may call your location, or ask your employer for time cards or other confirming information. Law Enforcement Officers may come to your location to confirm you are present.

1. Inmates that have "Huber" on their sentencing paper work are eligible to leave the jail as approved, to engage in any activity listed in 303.08 and described in this portion of this book.
2. If the court has limited your Huber by stating only certain sections of 303.08 on the sentencing paper work, you will only be allowed to leave the jail to conduct the activity described by the court (examples - Huber for school and work, Huber for child care, Huber for employment only).
3. You must comply with s. 303.08 and the Jail requirements listed in this book.
4. Huber inmates must obey all rules in the Racine County Jail.
5. Inmates must receive permission from jail staff to work overtime before or after their normal shift, the overtime and travel time may not exceed the 12-hour limit. Your employer must call and/or fax the request for overtime to the jail.
6. **The fax # is (262) 636-3399 Specify Male or Female Huber.**
7. Overtime on normal days off must receive permission from jail staff - The overtime and travel time may not exceed the 12-hour limit. Inmates must not exceed the 6th consecutive day rule.
8. The jail staff must approve holiday overtime at least 24 hours in advance - the total time out may not exceed the 12-hour limit. The 6th consecutive day rule must be observed.
9. **The Male Huber phone # is (262) 636-3478.**
10. **The Female Huber phone # is (262) 636-3369.**
11. Huber Inmates wanting to transfer to another in state county facility must have the county they want to transfer to be on the JOC as an alternative facility to serve the sentence in and must show documented prior authorization/acceptance has been obtained from the facility they wish to transfer to.

# CATEGORY 4 HUBER LAW RULE VIOLATIONS

**Category 4 Huber Law Violations will result in sanctions or penalties up to five (5) days loss of Huber Law Privileges or two (2) days loss of good time for each jail rule violation at the Correctional Staffs discretion. If the violation is severe enough the Huber Law Supervisor will petition the court for revocation of your Huber Law Privilege. HUBER INMATES MUST FOLLOW ALL JAIL RULES ALONG WITH ALL HUBER LAW RULES.**

The following are **Category 4 Huber Law Violations**:

**400** - Refusing to comply with Correctional Staff lawful orders or instructions.

**401** - The 2nd or subsequent violation of a Level 1 Minor Violation offense during the current period of incarceration will be upgraded to a Level 4 Huber Law Violation.

**402** – You will obey all Federal, State, County, and Municipal laws/ordinances while out of jail.

**403** - Huber inmates must be at the location approved by Jail Staff, excluding direct travel time.

**404** - The Jail Staff must be aware of the Huber inmate's location at all time while they are out of jail.

**405** - Huber must have permission from Jail Staff before going to any other location.

**406** – You must provide your own legal means of transportation. (Missing your ride, missing the bus, etc. is not an acceptable reason for returning to the jail late).

**407** - If you are going to be late returning to the jail, you must call the jail staff and advise them of your situation and the reason for your late return.

**408** -You must report directly to the Jail approved location, and return directly back as scheduled.

**409**-You must report directly back to jail if you leave the approved location early.

**410** - Any unauthorized side trips is not allowed and will result in disciplinary action.

**411** - Huber inmates may be asked to verify that they were at the scheduled location and must provide pay stubs, time cards, and/or any other information requested by Staff.

**412** - Self employed Huber inmates will provide the Jail Staff with any business bank account statements, business phone statements, Federal Tax ID #, Federal & State Tax returns, and any other business documentation requests by Correctional Staff in a timely manner.

**413** - If employment requires a license, you will be required to produce the license to Correctional Staff.

**414** - Huber inmates must call the Jail Staff as soon as possible if you have an emergency (medical emergency - must be verified by receipt of a medical bill and/or instructions).
**Male Huber (262) 636-3478     Female Huber (262) 636-3369**

**415** – You may not consume/possess alcohol, illegal drugs, or medications without a legal prescription.

**416** - Huber inmates may not return to the jail with any item designated as contraband.

**417** - You may not engage in any activity not specified in s. 303.08 and authorized by the Jail Staff.

**418** - Prior to release daily Huber inmates must inform jail staff of the location that you will be at throughout the day. If there are any changes it is the inmates' responsibility to notify the jail staff to get permission to change locations prior to changing locations.

**419** - Any Huber inmate that fails to return to the jail as scheduled will result in disciplinary action and/or a warrant for your arrest for **JAIL ESCAPE s. 946.42**

**420** - If you are a Huber transfer to Racine County from another institution and violate any Racine County Jail rule you may be transferred back to the institution from which you came at the Huber

Supervisors discretion.

**421** - If you are transferred from Racine County to another institution for Huber purposes, you must obey all the rules and regulations of the institution you are transferred to or, you may be returned to the Racine County Jail.

**422** – If you are accepted into the Day Reporting Program, you must comply with all of the rules set by the Day Reporting Program or you may be disciplined for violations of these rules and removed from the Day Reporting Program.

### _REVISED July 2012_