



6. Time: **  Banks, Tarence off of 2D needs to be brought down for dressing change. Unable to complete on 1st shift



BANKS000276



# RACINE COUNTY JAIL ROLL CALL

## 3rd SHIFT

6/4/2014  11:54 PM

*11-20-13* *Sgt/Lt*
*6/31*



4. **Time:**  **Inmate Tarence Banks brought down to Observe cell #2 for conveyance.**



 BANKS000277

# RACINE COUNTY JAIL ROLL CALL

## 1st SHIFT    6/4/2014  6:20 PM    11/21/13

1. **Time:** **Inmate T. Banks was transported by our conveyance to Froedtert for his medical appointment.**



Case 2:14-cv-00381-PP   Filed 02/04/15   Page 3 of 271   Document 35   BANKS000278



2. **Time:**          **Banks, T. and Dean, R.  on 2D brought back down to medical for a dressing change.**

# RACINE COUNTY JAIL ROLL CALL

## 1st SHIFT

6/4/2014   6:38 PM



12/14/2013



5. **Time: <mark>1400 Inmate Tarence Banks SPN#48231 was brought to intake by CO Emper and showered.</mark>**

BANKS000280



# RACINE COUNTY JAIL ROLL CALL

## 1st SHIFT

6/4/2014  6:31 PM  12/16/2013



7. **Time:**
   **change.**

**Bank, T.( 2D) brought down to medical for a bandage**

# RACINE COUNTY JAIL ROLL CALL



**1st SHIFT**     6/4/2014   6:32 PM     12/18/2013

4. **Time:** **Banks, Terance spn # 48231 taken by RASO conveyance to Froedert for an appt. ** Brought back at 1335 hrs.**





# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

6/6/2014   6:12 PM

12-25-13



7. **Time:**          **Inmate T. Banks (#48231) brought down to intake to shower and taken to medical for bandage change.**



# RACINE COUNTY JAIL ROLL CALL

## 1st SHIFT

6/4/2014  6:34 PM  12/28/2013



9. **Time:** **Inmate T. Banks SPN #48231 was brought down by CO Emper and he showered w/o incident.**

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 9 of 271   Document 35-6   BANKS000284

# RACINE COUNTY JAIL ROLL CALL

## 1ˢᵗ SHIFT

6/4/2014   6:37 PM

12/31/2013



4. **Time:**
   **in intake.**

Banks, T. ( 2D ) 48231 brought down to get showered



Case 2:14-cv-00381-PP   Filed 02/04/15   Page 10 of 271   Document 55-6   BANKS 000285



## 1st SHIFT   6/4/2014  8:14 PM





6. **Time:**   Banks, T. spn # 48231 ( 2D)  was brought down for a shower and to see Medical. Once he was in the medical office he stated he is refusing to see medical/ shower and is going on a hunger strike til he is moved out of Med seg. *** Will be moved down to intake . Documented in phoenix and a Food log already started on 2D.





# RACINE COUNTY JAIL ROLL CALL

## 1st SHIFT

6/4/2014   8:16 PM

1/03/2014



2. **Time:**
   **lunch.**       Inmate Banks , T ( intake cell 7) ate his breakfast and

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 12 of 271   Document 6   BANKS 000287

# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

6/6/2014  6:08 PM
1-4-14



10. **Time:**          Admin hour outs in intake-T. Banks

# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT     6/6/2014   6:08 PM

1-4-14

BANKS-000289

# RACINE COUNTY JAIL ROLL CALL

## 1st SHIFT

6/4/2014  8:22 PM

1/06/2014

1. **Time: 0918 Inmate Tarence Banks SPN#48231 was moved to 3D. Inmate is classified as medical and is only allowed one mattress and blanket per medical. Inmate will still be brought to intake every 3 days for a shower at this time the food log will be discontinued.**



Case 2:14-cv-00381-PP   Filed 02/04/15   Page 15 of 271   Document 60   BANKS 000290

# RACINE COUNTY JAIL ROLL CALL



## 1ˢᵗ SHIFT

**6/4/2014  8:24 PM**   01/09/2014



3. **Time:**        **Inmate Banks, T conveyed to Medical Appt. and brought back during 1ˢᵗ shift. .**





# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

6/6/2014  6:08 PM

1-9-14



3. **Time:** **Inmate Tarence Banks SPN#48231 exposed himself to the nurse during med pass, Deputy Heifner and Brooks handling the investigation. If staff hears about this happening they need to report it to the Sgt. on duty.**

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 17 of 271   Document 53   BANKS 000292



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

6/6/2014   6:08 PM

1-10-14



5.  **Time:**          Admin showers done in intake-T. Mcglorn, T. Banks,
    Z. jones



BANKS 000293

# RACINE COUNTY JAIL ROLL CALL

## 1st SHIFT

6/4/2014   8:25 PM   



3. **Time:** <mark>Inmate Tarence Banks SPN#48231 brought to intake</mark>
   <mark>and showered.</mark>





# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

6/6/2014   6:08 PM

1-15-14



4. **Time:**      **Inmate Terance Banks and Alberto Galvan  down for** **showers in intake.**



BANKS-000295



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

6/6/2014   6:08 PM

1-18-14



3. **Time:**       **Inmates Terrance banks and brian allyn down for showers.**



BANKS 000296



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

6/6/2014  6:08 PM

1-21-14

1. **Time:** **Inmate Terance Banks brought down from 2D by co Zimmer for admin shower.**



# RACINE COUNTY JAIL ROLL CALL

## 1st SHIFT

6/4/2014  8:27 PM

 1/27/2014

1. **Time:**        **Inmate Banks, T and Allyn showered today**



BANKS-000298



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

6/6/2014   6:08 PM

1-30-14



4. **Time:**          **Inmate Terrance Banks brought down from 2d for**
   **admin shower**





# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

6/6/2014  6:08 PM

2-1-14



9. **Time:**        **Admin showers completed in intake-A. Farra and T. Banks.**

BANKS 000300

# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT       6/6/2014   6:08 PM

2-1-14

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 26 of 271   Document 68   BANKS 000301

# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

6/6/2014  6:08 PM

2-4-14



9.  **Time:**        **T. Banks was brought to intake for admin shower.**



# RACINE COUNTY JAIL ROLL CALL

## 1st SHIFT

6/5/2014  11:04 AM

02/06/14



3. **Time:** **Inmate T. Banks spn #48231 ( 2D ) brought down to**
   **shower.**

# RACINE COUNTY JAIL ROLL CALL

## 1st SHIFT

6/5/2014   11:04 AM   02/08/14



7. **Time:** <mark>**Inmate Banks, T (2D) was showered in intake.**</mark>
<mark>**Documented in Phoenix**</mark>



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

6/6/2014   6:08 PM

2-11-14



5. **Time:**       **Inmate Tarence Banks SPN#48231 was brought to intake by CO Prudhom for a shower.**



BANKS 000305

# RACINE COUNTY JAIL ROLL CALL

## 1ˢᵗ SHIFT

6/5/2014   11:08 AM

2/12/14



4. **Time:**        **Inmates Tarence Banks SPN#48231** and **Victor Lamb**
SPN#105118 out on a **Writ to Kenosha County.**





# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

6/6/2014   6:08 PM

2-13-14



5. **Time:**          inmate Tarrance banks returned from kenosha.





# RACINE COUNTY JAIL ROLL CALL

## 3rd SHIFT

6/5/2014  12:06 AM

2-14-14

4. **Time:** Inmate Banks, T. SPN# 48231 refused to shower in
intake.



# RACINE COUNTY JAIL ROLL CALL

## 3rd SHIFT

6/5/2014  12:09 AM

2-16-14

1. **Time:**    <mark>Inmate Banks, T. and Galvan, A. were brought down</mark> <mark>to shower in intake. Returned to assigned floors once completed.</mark>



# RACINE COUNTY JAIL ROLL CALL

## 1st SHIFT

6/5/2014   11:06 AM

2/22/14



2. **Time:**   **Inmate Tarence Banks SPN#48231 brought to intake and showered by Deputy Spiegel.**



# RACINE COUNTY JAIL ROLL CALL

## 3rd SHIFT

6/5/2014  12:11 AM

*2-28-14*

1. **Time:**     Banks, T (48231) brought to intake and given time to shower by Officer Olk.



# RACINE COUNTY JAIL ROLL CALL

## 1st SHIFT

6/5/2014  11:12 AM

03/04/2014



5. **Time:**
   **Shower.**    Inmate Banks, T. brought down to intake for a





# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

6/6/2014   6:11 PM

3-6-14



3. Time: 2230 Inmate T. Banks (#48231) was brought to intake for an Admin shower.



BANKS 000313

# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

6/6/2014  6:11 PM

3-11-14



8. Time:        **Admin Showers in intake-T. Banks from 2D.**



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

6/6/2014   6:11 PM

3-13-14



2. **Time:** **Admin showers in intake done for Banks, T (48231), Bolls, S (437130 and Carroll, R (99099).**



# RACINE COUNTY JAIL ROLL CALL

## 1st SHIFT

6/5/2014   11:12 AM

03/15/14



5. **Time:**          Banks, T. ( 2D ) brought down to intake for a Shower.



 BANKS 000316

## 1st SHIFT     6/5/2014   11:14 AM





4. **Time:**        **Inmate Banks, T. and Boll, S. were brought down today to shower by CO Clope**



Case 2:14-cv-00381-PP   Filed 02/04/15   Page 42 of 271   Document 60   BANKS 000317

# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

6/6/2014  6:11 PM

3-20-14



10. **Time:** **Admin showers completed in intake-S. Edwards, S. Boll, T. Banks**

BANKS 000318



# RACINE COUNTY JAIL ROLL CALL

## 3rd SHIFT

6/5/2014   12:14 AM

3-25-14
Sgt
6101

1. **Time: 2314 Banks, Tarrence was brought down to intake and showered.**





# RACINE COUNTY JAIL ROLL CALL

## 3rd SHIFT

6/5/2014  12:15 AM

3-27-14

1. **Time: 2350  Inmates Tarence Banks and Scott Boll were brought down from 2D for showers. Both Inmates showered and were returned to 2D without incident.**



Case 2:14-cv-00381-PP   Filed 02/04/15   Page 45 of 271   Document 60   BANKS 000320



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

6/6/2014  6:12 PM

3-29-14



2. **Time:**          **Inmates Tarence Banks SPN#48231, Scott Boll SPN#43713, Kelly Johnson SPN#53288 all brought to intake and showered.**

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 46 of 271   Document 53   BANKS 000321

# RACINE COUNTY JAIL ROLL CALL

## 1ˢᵗ SHIFT

6/5/2014  11:54 AM


4/01/2014



5. **Time:**          **Inmate Banks and inmate Boll from (2D) were brought to intake for a shower.**



BANKS-000322



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

6/6/2014   6:12 PM

4 8-14



10. **Time:**          **Banks, T brought down for a shower**

Page 1 of 1

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 48 of 271   Document 60   BANKS 000323



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

6/6/2014  6:12 PM

4-10-14

2. Time: 2100 Inmate Banks (48231) from 2D was brought down to intake for a shower.



Case 2:14-cv-00381-PP   Filed 02/04/15   Page 49 of 271   Document 50   BANKS 000324



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

6/6/2014  6:12 PM

4-12-14



3. **Time:**          **Inmate Tarence Banks SPN#48231 was brought to intake and showered by CO Mastronardi.**



BANKS 000325

# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

6/6/2014   6:12 PM

4-12-14



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

6/6/2014   6:12 PM

4-15-14



2. Time:          Inmates Banks, T (48231) and Johnson, k (53288) given time for admin showers in intake by Officer Pearson.



Case 2:14-cv-00381-PP   Filed 02/04/15   Page 52 of 271   Document 6   BANKS 000327



# RACINE COUNTY JAIL ROLL CALL

## 3rd SHIFT

6/5/2014 ~~12:19 AM~~

1. **Time: 2315 Inmate Tarence Banks was brought down to Intake by CO Olk and showered.**



BANKS 000328



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

**6/6/2014   6:12 PM**

*4-19-14*



4. **Time:**  **Inmate Tarence Banks SPN#48231 brought to intake and showered by Deputy Heifner.**



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

6/6/2014   6:12 PM

4-19-14

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 55 of 271   Document 53   BANKS 000330



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

6/6/2014  6:12 PM

4-22-14

2. Time: 2100 Banks, T and Johnson, K admin showers done



Case 2:14-cv-00381-PP   Filed 02/04/15   Page 56 of 271   Document 69   BANKS-000331



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

6/6/2014   6:12 PM

4-24-14

2.  **Time:**          **Inmates Tarence Banks SPN#48231 and Kelly Johnson SPN#53288 both brought to intake and showered without incident.**



BANKS 000332





5. **Time:**          **Inmate Johnson, K. and Banks, T. (2D) brought down for showers. Performed by Deputy Arndt. Doceumented in Phoenix**



Case 2:14-cv-00381-PP   Filed 02/04/15   Page 58 of 271   Document 30   BANKS 000333



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

6/6/2014  6:12 PM

4-25-14



4. **Time:**     **Banks, T brought done for shower**





3. **Time:**          **Inmate Banks, T ( 2D ) was brought down to intake to take a shower.**





# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

6/6/2014  6:20 PM

5-6-14



4. Time:            **Admin shower done for Banks, T (48231)**



Case 2:14-cv-00381-PP   Filed 02/04/15   Page 61 of 271   Document 53-6   BANKS-000336



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

6/6/2014  6:19 PM

5-10-14



10. Time:      **Inmate T. Banks from 2D was brought down to**
     **shower.**

# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

6/6/2014   6:19 PM

5-10-14

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 63 of 271   Document 65-6   BANKS 000338

# RACINE COUNTY JAIL ROLL CALL

## 1st SHIFT

6/5/2014  12:07 PM  



2. **Time:** _____ **Inmate T. Banks SPN #48231 was brought down by CO Clope and showered.** Inmate S. Hawkins SPN #105347 told CO Clope he was refusing to come down and shower.



BANKS 000339



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

6/6/2014  6:18 PM
5-20-14



8. **Time:**          **Admin showers completed in intake-T. Banks and K. Johnson**



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

6/6/2014  6:18 PM

5-22-14



5. Time: **Banks and Johnson brought to intake for a shower**



BANKS 000341



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

6/6/2014  6:12 PM

5-24-14

1. **Time:**          **Inmate Johnson, K. and Banks, T broughtt down for a Shower by Deputy Barker.**



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

6/6/2014   6:12 PM

5-24-14

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 68 of 271   Document 55-6   BANKS 000343



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

6/6/2014  6:12 PM

S-27-14

2.  **Time:**        **Inmates Morgan, S (101773), Johnson, K (53288), Levandowski, J (55700) and Banks, T (48231) given time for Admin showers in intake.**



BANKS 000344



# RACINE COUNTY JAIL ROLL CALL

## 1st SHIFT

6/5/2014   12:10 PM   5/31/14

2. **Time:**     **Inmate Tarence Banks# 48231 brought to intake and showered by Deputy Barriere.**



# RACINE COUNTY JAIL ROLL CALL

## 3rd SHIFT

6/5/2014 12:45 AM

6-3-14



4. **Time:** **Boll, Scott was showered. Banks, Tarence and Johnson, Kelly refused.**



# RACINE COUNTY JAIL ROLL CALL

## 1ˢᵗ SHIFT

1/12/2015  5:15 PM

June 5, 2014



6. **Time:**          **Inmate Tarence Banks SPN#48231 transported to a medical appointment with conveyance.**

# RACINE COUNTY JAIL ROLL CALL

## 1st SHIFT    1/12/2015  5:15 PM

BANKS 000348

# RACINE COUNTY JAIL ROLL CALL

## 3rd SHIFT

1/12/2015  6:07 PM

June 07, 2014

1. **Time: 0040 Inmates Terence Banks spn# 48231 and Kelly Johnson spn# 53288 were brought down from 2D by CO Olk for admin showers in intake.**





# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

1/12/2015  5:33 PM

June 10, 2014



8. **Time:**      **Banks, T, Johnson, K, Baumeister, G all given admin showers.**

# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

1/12/2015  5:35 PM

June 12, 2014



9. **Time:**   Admin showers completed in intake-T. Banks, K. Johnson.

# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT    1/12/2015  5:35 PM

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 77 of 271   Document 60   BANKS 000352



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

1/12/2015  5:48 PM

June 14, 2014



5. **Time: 2100 Banks, T admin shower done in intake**



# RACINE COUNTY JAIL ROLL CALL



## 2nd SHIFT

1/12/2015  5:45 PM

June 24, 2014

10. **Time:** Admin showers completed in intake-M. Hale, C. Robinson, J. Schultz, M. Herrington and T. Banks

# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT    1/12/2015  5:45 PM

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 80 of 271   Document 53-6   BANKS 000355

# RACINE COUNTY JAIL ROLL CALL



## 1st SHIFT

1/12/2015  5:26 PM

June 27, 2014

7. **Time:**       **CO Clope took the following inmates down to medical for DR. Call: N. Ruffalo SPN # 92131 from 3C, inmate T. Banks SPN #48231 from 2B, inmate J. Pagan SPN #106469 from 3D and inmate M. Ellis SPN #104407 from intake observe #1.**

# RACINE COUNTY JAIL ROLL CALL

## 1st SHIFT     1/12/2015   5:26 PM



Case 2:14-cv-00381-PP   Filed 02/04/15   Page 82 of 271   Document 59-6   BANKS 000357

# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

1/12/2015  6:00 PM

June 28, 2014



3. **Time: Admin Showers  Orozco, R  Schultz, J  Maccani, M  Banks, T**

Page 1 of 2

BANKS-000358

# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT          1/12/2015   6:00 PM

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 84 of 271   Document 55-6   BANKS 000359

# RACINE COUNTY JAIL ROLL CALL

## 3rd SHIFT

1/12/2015   9:52 PM

July 01, 2014



2. **Time:**          **Inmate Banks, T. was brought down to intake and given time to shower.**



 BANKS 000360

# RACINE COUNTY JAIL ROLL CALL

## 3rd SHIFT      1/12/2015  9:52 PM

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 86 of 271   Document 68   BANKS 000361



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

1/12/2015  9:17 PM

July 02, 2014



3. **Time: 1945 Inmates T. Banks (#48231), A. Stephens (#74140), B. Jackson (#80988) and D. Washington (#63972) refused to lockdown on 2B dayroom 1. Staff resonded and CO Noonan was able to convince the inmates to lockdown without further incident. Deputy Breitenstein will be completing disciplines.**



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT    1/12/2015  9:17 PM



Case 2:14-cv-00381-PP   Filed 02/04/15   Page 88 of 271   Document 69   BANKS 000363



# RACINE COUNTY JAIL ROLL CALL

## 3rd SHIFT

1/12/2015  9:52 PM

July 03, 2014

1. **Time:** **Inmates Tarence Banks SPN 48231 and Lawrance Graves SPN# 106397 brought down to intake for admin showers.**





# RACINE COUNTY JAIL ROLL CALL

## 3rd SHIFT

1/12/2015   9:53 PM

July 04, 2014

1. **Time:**          **Inmate T. Banks Brought down by CO Spranger for a admin shower in intake.**





# RACINE COUNTY JAIL ROLL CALL

## 1ˢᵗ SHIFT

1/12/2015  6:59 PM

July 05, 2014



5. **Time:**   **Banks, T. ( 2B ) brought down for shower.**



BANKS 000366

# RACINE COUNTY JAIL ROLL CALL

## 1ˢᵗ SHIFT

1/12/2015   7:00 PM

July 04, 2014



7. **Time:**      Banks, T brought down for a shower. Documented in
   **Phoenix.**

# RACINE COUNTY JAIL ROLL CALL

## 1st SHIFT    1/12/2015   7:00 PM



Case 2:14-cv-00381-PP   Filed 02/04/15   Page 93 of 271   Document 6   BANKS 000368

# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

1/12/2015  9:23 PM

July 08, 2014



10. **Time:**   Admin showers completed in intake-T. Banks and L.
    **Graves**

# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT  1/12/2015  9:23 PM

███████████████████████████████████████

Page 2 of 2
BANKS 000370

# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

1/12/2015  9:24 PM

July 10, 2014



9. Time:      Admin showers completed in intake-J. Reff, C. Mack, T. Banks and L. Graves

# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT     1/12/2015   9:24 PM

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 97 of 271   Document 6   BANKS-000372



# RACINE COUNTY JAIL ROLL CALL

## 1st SHIFT

1/12/2015  7:05 PM

July 11, 2014



3. Time:          **Inmate Tarence Banks SPN#48231 was brought to intake and showered without incident.**



# RACINE COUNTY JAIL ROLL CALL

## 1st SHIFT     1/12/2015   7:05 PM

BANKS 000374



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

1/12/2015  9:25 PM

July 14, 2014



5. **Time:**         **Inmate Tarence Banks SPN#48231 was brought to intake and showered.**

# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT     1/12/2015   9:25 PM

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 101 of 271   Document 60   BANKS-000376



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

1/12/2015   9:46 PM

July 15, 2014



5.  **Time:**          **T. Banks and Graves Showered in intake**



# RACINE COUNTY JAIL ROLL CALL



## 2nd SHIFT

1/12/2015   9:25 PM

July 16, 2014



8. **Time:**        Admin showers completed in intake-C. Robinson, C. Mack, T. Banks, J. Reff





# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

1/12/2015  9:26 PM

July 18, 2014



3. Time: 2210 Inmate Banks, Tarence (48231) 2B taken to intake and given time to shower.



BANKS-000379



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

1/12/2015  9:31 PM

July 19, 2014



8. **Time:**       Admin showers completed in intake-T. Banks, C.
   **Robinson**



BANKS-000380



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

1/12/2015  9:27 PM
July 20, 2014



8. **Time:**          **Admin Showers completed in intake-N. Voss, Z.**
**Brown, J. Mcelya, K. Le, T. Banks and L. Graves**





# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

1/12/2015   9:28 PM

July 24, 2014



8. **Time:**        **Admin showers completed in intake-C. Robinson, L. Allen, T. Banks, L. Graves, J. Barlers**



# RACINE COUNTY JAIL ROLL CALL

## 1st SHIFT

1/12/2015  7:15 PM

July 25, 2014

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 108 of 271   Document 6   BANKS-000383

# RACINE COUNTY JAIL ROLL CALL

## 1st SHIFT     1/12/2015   7:15 PM



7. **Time:**            **Inmate T. Banks was brought down by CO Kreier for his shower w/o incident.**





# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

1/12/2015  9:29 PM

July 26, 2014



7. **Time:**          Admin showers completed in intake-L. Larry, M. Thornton, T. Banks, L. Graves





# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

1/12/2015  9:43 PM

July 27, 2014



7. **Time:**          **Admin showers completed in intake-T. Banks, C. robinson, L. Allen.**



BANKS-000386



# RACINE COUNTY JAIL ROLL CALL

## 1ˢᵗ SHIFT

1/12/2015   7:16 PM

July 29, 2014



7. **Time:** **Inmate Lawrence Graves SPN#106397 and Tarence Banks SPN#48231 brought to intake for administrative shower.**

BANKS-000387



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

1/12/2015  9:31 PM

July 30, 2014

1. **Time:**     **Banks, T Shower**



BANKS-000388



# RACINE COUNTY JAIL ROLL CALL

## 1st SHIFT

1/12/2015  10:36 PM

august 01, 2014



3. Time:          **Banks, T. (2B) brought down for shower.**



# RACINE COUNTY JAIL ROLL CALL

## 1st SHIFT

1/12/2015  10:38 PM

august 02, 2014

2. **Time:**          **Banks, T. ( 2B ) brought to intake for a Shower.**

Page 1 of 2
BANKS-000390

# RACINE COUNTY JAIL ROLL CALL

## 1ˢᵗ SHIFT     1/12/2015   10:38 PM

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 116 of 271   Document 6   BANKS-000391



# RACINE COUNTY JAIL ROLL CALL

## 1st SHIFT

1/12/2015   10:38 PM

august 03, 2014



7. **Time:**          **Inmate T. Banks SPN #48231 brought down for his shower and inmate L. Graves SPN #106397 refused his shower.**





# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

1/12/2015  11:32 PM

August 4, 2014



4. **Time: 2210 Inmate Tarence Banks SPN#48231 was brought to intake for administrative shower.**



BANKS-000393

# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT    1/12/2015  11:32 PM



# RACINE COUNTY JAIL ROLL CALL

## 1st SHIFT

1/12/2015  10:39 PM

august 07, 2014



3. **Time:**      **Banks, T. (2B ) Brought down for a shower by CO Clope and RO Peterson.**



BANKS-000395

# RACINE COUNTY JAIL ROLL CALL

## 1st SHIFT     1/12/2015   10:39 PM

BANKS-000396



# RACINE COUNTY JAIL ROLL CALL

## 1st SHIFT

1/12/2015   10:39 PM

*august 08, 2014*



5. Time:          **Banks, T. (2B) brought down for a shower.**

BANKS-000397

# RACINE COUNTY JAIL ROLL CALL

## 1st SHIFT     1/12/2015   10:39 PM

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 123 of 271   Document 1   BANKS-000398



# RACINE COUNTY JAIL ROLL CALL

## 1st SHIFT

1/12/2015   10:39 PM

August 09, 2014



4. **Time:** **Inmate T. Banks SPN #48231 brought down for his shower.**

# RACINE COUNTY JAIL ROLL CALL

## 1st SHIFT    1/12/2015  10:39 PM



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

1/12/2015   11:35 PM

August 10, 2014



5. **Time:**          **Inmate Tarence Banks SPN#48231 brought to intake and showered by CO Kerr.**





# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

1/12/2015  11:36 PM

August 11, 2014



7. **Time:**  Admin showers completed in intake-A. Shaw, C. Plunkett, L. Frison, R. Kaquatosh, T. Banks, L. Graves



BANKS-000402



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

1/12/2015  11:36 PM

August 12, 2014



9. **Time:**       **Banks, T showered in intake**



# RACINE COUNTY JAIL ROLL CALL

## 1st SHIFT

1/12/2015   10:40 PM

August 14, 2014



3. **Time:**          **Banks, T. brought to intake for professional visit.**

# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

1/12/2015  11:38 PM

August 15, 2014



10. **Time:**   Admin showers completed in intake-T. Banks

# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT     1/12/2015   11:38 PM

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 131 of 271   Document 79 BANKS-000406



# RACINE COUNTY JAIL ROLL CALL

## 3rd SHIFT

1/13/2015  12:08 AM

August 18, 2014



3. **Time:**       **Pass on from 2nd shift - Banks,T #48231 needed a shower. AT 0245 hours, Banks refused to shower. Uniform was exchanged.**





# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

1/12/2015  11:40 PM

August 19, 2014



5. **Time:** **Inmate Banks, Tarence (48231) given time for his** Admin shower in intake.



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT    1/12/2015   11:40 PM

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 134 of 271   Document 60   BANKS-000409



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

1/12/2015  11:43 PM

August 21, 2014



4. **Time:** **Banks, T and Graves, L and Shaw, A and Allen, L and Reddick, A and Mire, D showered in intake.**



Case 2:14-cv-00381-PP   Filed 02/04/15   Page 135 of 271   Document 60   BANKS-000410



# RACINE COUNTY JAIL ROLL CALL

## 1st SHIFT

1/12/2015  10:42 PM

august 23, 2014



5. **Time:** **Inmate T. Banks SPN #48231 and L. Graves SPN #106397 were brought down to intake for their showers. Banks was given his new purple back scrub-brush and will be stored in the Sgt's office.**



# RACINE COUNTY JAIL ROLL CALL

## 1st SHIFT    1/12/2015   10:42 PM



BANKS-000412



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

1/12/2015  11:45 PM

August 25, 2014



4. **Time: 1620 Fight on 2B DR1 between Inmates Banks, Terrence (48231) and Horton, Dametri (106321). Inmates seperated and moved to intake. Officer Mastronardi and Deputy Dittman handling. Comp #14-50058**



Case 2:14-cv-00381-PP   Filed 02/04/15   Page 138 of 271   Document 60     BANKS-000413

# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

**1/12/2015   11:45 PM**

BANKS-000414

# RACINE COUNTY JAIL ROLL CALL



## 2nd SHIFT

1/12/2015  11:57 PM

August 31, 2014

9. **Time:** **Admin showers completed in intake**-A. Aiken, I. Barron, C. Hulce, J. Arroyo, S. Ormond, T. Banks, L. Graves, K. Baumeister

BANKS-000415

# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT     1/12/2015   11:57 PM



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

1/13/2015  12:22 AM

September 2, 2014



6. **Time:**        **Inmate Banks, Terence (48231) given time for his ADMIN shower.**



# RACINE COUNTY JAIL ROLL CALL

## 1st SHIFT

1/13/2015  12:14 AM

September 8, 2014

2. **Time:**
   **Laux**

Bank, T. ( 2B ) brought to intake for a Shower by CO



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

1/13/2015   12:27 AM
September 12, 2014



3. **Time:**        **Inmate Tarence Banks SPN#48231 was escorted to intake and received his shower.  Returned to 4B without incident.**





# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

1/13/2015  12:28 AM

September 14, 2014



7. **Time:** **Admin hour outs completed in intake- I. Barron, L. Graves, T. Banks.**





# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

1/13/2015   12:29 AM
September 15, 2014



8. **Time:**   **ADMIN SHOWERS--Sanchez-Morales, Banks, Tuska, Graves refused**



# RACINE COUNTY JAIL ROLL CALL

## 3rd SHIFT

1/13/2015  1:05 AM

September 17, 2014

1. **Time: 2317** Inmate Banks, Tarence #48231 was escorted to intake and received his shower.  Banks was returned to 3D without incident.



BANKS-000422



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

1/13/2015   12:30 AM

September 19, 2014



4. **Time:**    **Inmate Banks and Graves brought to intake for**
   **showers.**

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 148 of 271   Document 6   BANKS-000423



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

1/13/2015   12:32 AM
September 21, 2014



8. **Time:**
   **Banks.**
   Admin showers completed in intake-L. Graves and T.

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 149 of 271   Document 60 BANKS-000424



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

1/13/2015   12:34 AM

September 23, 2014



7. **Time:**     T. Banks, D. Simington, Cornog admin shower.  M. Stephen refused shower.



Case 2:14-cv-00381-PP   Filed 02/04/15   Page 150 of 271   Document 60   BANKS-000425



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

1/13/2015   12:35 AM
September 27, 2014



7. **Time:** **Inmate Banks, T (48231) brought to intake and given time for ADMIN shower.**





# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

1/13/2015   12:36 AM

September 29, 2014



8. **Time:**           **Admin showers completed in intake-T. Banks, L. Graves, and D. Marshall**

# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT      1/13/2015  12:36 AM

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 153 of 271   Document 69   BANKS-000428



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT     1/13/2015   1:15 AM

8. **Time:**          **Banks, T (48231) brought to intake to intake for admin shower...Graves, L (106397) refused admin shower.**

# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT    1/13/2015  1:15 AM



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT      1/13/2015  1:16 AM



5. **Time:**        **Admin Showers complete in intake for inmates Lawrence Graves SPN#106397, Tarence Banks SPN#48231, Trevor Burtton SPN#100660, Billy McCullar SPN#95433, Brandon Merritt SPN#105910, Steven Lamke SPN#22748 and Jermaine McKinney SPN#62835.**



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT     1/13/2015  1:16 AM



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

1/13/2015 1:23 AM

[redacted]

3. Time: Banks, T brought down shower

[redacted]



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT          1/13/2015   1:16 AM



9. **Time:**          **Admin showers completed in intake-T. Banks**

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 159 of 271   Document 60 BANKS-000434



# RACINE COUNTY JAIL ROLL CALL

# 2nd SHIFT

▪ **DATE:**                                    **10-09-2014**

▪ **Admin Showers**                    **T. Banks and R Davila**

# Shift Events, Incidents and Information Pass On



# RACINE COUNTY JAIL ROLL CALL

- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 161 of 271   Document 38-8   00436



# RACINE COUNTY JAIL ROLL CALL

# 2nd  SHIFT

- **DATE:**                    **Saturday October 11, 2014**

- **Admin Showers**            **Graves and Banks, Davila refused**

## Shift Events, Incidents and Information Pass On

BANKS-000437

Revised 1/13/2015

# RACINE COUNTY JAIL ROLL CALL

- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 

Revised 1/13/2015

BANKS-000438

# 2nd SHIFT

**DATE:**                                   **10-13-2014**

## Shift Events, Incidents and Information Pass On

- 2230--Inmate Banks, T #48231 taken to intake and given time to shower.

# RACINE COUNTY JAIL ROLL CALL

- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 

Revised 1/13/2015

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 165 of 271   Document 65   BANKS-000440



# RACINE COUNTY JAIL ROLL CALL

# 2nd SHIFT

- **DATE:**                                        **10/15/14**

- **Admin Showers**                    Banks, T., Humphrey, P., Solomon, L.,
     **Stephan, M.**

# Shift Events, Incidents and Information Pass On

# RACINE COUNTY JAIL ROLL CALL

- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 

BANKS-000442



# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

■ **DATE:**                                    10/17/2014

■ **Admin Showers**            Taylon#16304 and T. Banks

# Shift Events, Incidents and Information Pass On

# RACINE COUNTY JAIL ROLL CALL

[redacted]

- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪

Revised 1/13/2015

BANKS-000444

# RACINE COUNTY JAIL ROLL CALL

## 2nd  SHIFT

- **DATE:**                          **10/19/2014**

[redacted]

## Shift Events, Incidents and Information Pass On

[redacted]

- Inmate Banks, T (48231) taken to intake for admin shower but refused once in intake.

[redacted]

# RACINE COUNTY JAIL ROLL CALL

- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 

.

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 171 of 271   Document 69   BANKS-000446



# RACINE COUNTY JAIL ROLL CALL

# 1st SHIFT

- DATE:                                    **10-22-2014**

- **Admin Showers**                    Shaw, A. ( 1), Fells, D ( 2), Miller, J (3)

    and **Banks, T. ( 3D).**

## Shift Events, Incidents and Information Pass On

Revised 1/13/2015
BANKS-000447



# RACINE COUNTY JAIL ROLL CALL

# 2nd SHIFT

- **DATE:**                                    **10-26-2014**



## Shift Events, Incidents and Information Pass On

- 2130--Inmate Banks, T (48231) brought to intake and given time to shower.

- 
- 
- 
- 
- 
- 
-

# RACINE COUNTY JAIL ROLL CALL

- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 

Revised 1/13/2015
BANKS-000449

# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

- **DATE:** 10-28-2014



## Shift Events, Incidents and Information Pass On

- **Inmate Banks, T (48231) taken to intake and given time to shower.**

# RACINE COUNTY JAIL ROLL CALL

- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 

Page 2                                                    Revised 1/13/2015
Case 2:14-cv-00381-PP   Filed 02/04/15   Page 176 of 271   Document 55-6   BANKS-000451

# RACINE COUNTY JAIL ROLL CALL

# 2nd SHIFT

- **DATE:** 10/30/2014

## Shift Events, Incidents and Information Pass On

- **2130--Inmate Banks, T taken to intake and given time to shower.**

# RACINE COUNTY JAIL ROLL CALL

- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 178 of 271   Document 60   BANKS-000453



# RACINE COUNTY JAIL ROLL CALL

# 1st SHIFT

- **DATE:**
November 8, 2014

[REDACTED]

- **Admin Showers** L. Graves SPN#106397, T. Banks
SPN#48231, O. Said SPN#107368 and D. Sturkey SPN#107676.

# Shift Events, Incidents and Information Pass On

[REDACTED]

# RACINE COUNTY JAIL ROLL CALL



- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 

Revised 1/13/2015

BANKS-000455



# RACINE COUNTY JAIL ROLL CALL

## 2nd  SHIFT

▪  **DATE:**                              **11-01-2014**

███████████████████████████████████████████

## Shift Events, Incidents and Information Pass On

███████████████████████████████████████████

▪  **2200--Inmate Banks, T (48231) taken to intake and given time to shower….Inmate Graves, T (106397) refused shower.**

███████████████████████████████████████████

Revised 1/13/2015
BANKS-000456



# RACINE COUNTY JAIL ROLL CALL

# 2nd SHIFT

- **DATE:**

**Monday November 3, 2014**

- **Admin Showers**

**Banks, Ortiz, Delgado, Schaeffer**

# Shift Events, Incidents and Information Pass On

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 182 of 271   Document 79 BANKS-000457



# RACINE COUNTY JAIL ROLL CALL

# 2nd SHIFT

▪ **DATE:** **Wednesday November 5, 2014**

▪ **Admin Showers** **Delgado, Banks, Oliver**

# Shift Events, Incidents and Information Pass On

# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

**DATE:** 11-06-2014

[black redacted area]

- **Admin Showers**     T. Banks, L. Graves. D. Sturkey refused.

## Shift Events, Incidents and Information Pass On

[black redacted area]

Revised 1/13/2015

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 184 of 271   Document 80-6   BANKS-000459

# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

■ **DATE:** 11-07-2014

■ **Admin Showers**                T. Banks. L. Graves, O. Said and D.
   Sturkey refused a shower.

## Shift Events, Incidents and Information Pass On



# RACINE COUNTY JAIL ROLL CALL

# 2nd SHIFT

■ **DATE:**   November 9, 2014

■ **Admin Showers**       Banks brought down. Graves refused
    shower.

# Shift Events, Incidents and Information Pass On

Revised 1/13/2015
Case 2:14-cv-00381-PP   Filed 02/04/15   Page 186 of 271   Document BANKS-000461

# RACINE COUNTY JAIL ROLL CALL

# 2nd  SHIFT

- **DATE:** **Monday, November 10, 2014**

- **Admin Showers** **Banks, Graves**

# Shift Events, Incidents and Information Pass On

Revised 1/13/2015

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 187 of 271   Document 60 BANKS-000462

# RACINE COUNTY JAIL ROLL CALL

## 2ND SHIFT

- **DATE:** Tuesday November 11, 2014

- **Admin Showers** Delgado, Alvarez, Banks, Graves, Miller
  refused

## Shift Events, Incidents and Information Pass On



# RACINE COUNTY JAIL ROLL CALL

# 2nd SHIFT

■ DATE:                    11-14-2014

■ **Admin Showers**          J. Alvarez, T. Banks, D. Smits, E.

  **Delgado, A. Miller**

# Shift Events, Incidents and Information Pass On

# RACINE COUNTY JAIL ROLL CALL

- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
-

# RACINE COUNTY JAIL ROLL CALL

## 1st SHIFT

**November 15, 2014**

- **DATE:**

██████████████████████████████████████

- **Admin Showers**      T. Banks SPN#48231, A. Miller
SPN#22865, M. Pugh SPN#104973, D. Soderberg SPN#107752, T.
Lockhart SPN#96835 and E. Delgado SPN#103882.

## Shift Events, Incidents and Information Pass On

██████████████████████████████████████

Revised 1/13/2015
Case 2:14-cv-00381-PP   Filed 02/04/15   Page 191 of 271   Document 60466
BANKS-000466

# RACINE COUNTY JAIL ROLL CALL

- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 192 of 271   Document 60   BANKS-000467



# RACINE COUNTY JAIL ROLL CALL

# 1ˢᵗ SHIFT

- **DATE:**                                    Sunday November 16, 2014

- **Admin Showers**                    Banks, Pugh, Soderberg, Howard, Delgado, Miller, Isom, Darryl-Woodfield and Dixon....Lockhart refused shower.

## Shift Events, Incidents and Information Pass On



# RACINE COUNTY JAIL ROLL CALL

- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 

BANKS-000469



# RACINE COUNTY JAIL ROLL CALL

# 1st SHIFT

■ **DATE:** Monday November 17, 2014

■ **Admin Showers**    Banks, Miller, Howard, Soderberg,

   Delgado and Ye

# Shift Events, Incidents and Information Pass On

Revised 1/13/2015

BANKS-600470

# RACINE COUNTY JAIL ROLL CALL

- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 

Revised 1/13/2015

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 196 of 271   Document 39-6   BANKS-000471

# RACINE COUNTY JAIL ROLL CALL

# 1st SHIFT

▪ **DATE:**                          **November 18, 2014**

▪ **Admin Showers**                    T. Banks SPN#48231, L. Howard
SPN#68393, D. Soderberg SPN#107752, J. Delgado SPN#103878, A.
Miller SPN#22865. Inmates S. Hawkins SPN#105347 and O. Daniels
SPN#105078 both refused.

## Shift Events, Incidents and Information Pass On

# RACINE COUNTY JAIL ROLL CALL



- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
-



# RACINE COUNTY JAIL ROLL CALL

# 2nd SHIFT

- **DATE:**   **Tuesday November 18, 2014**



- **Admin Showers**    **Banks taken to medical office to have his**

   **arm washed.**

# Shift Events, Incidents and Information Pass On



# RACINE COUNTY JAIL ROLL CALL



- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 200 of 271   Document 79   BANKS-000475



# RACINE COUNTY JAIL ROLL CALL

# 1st SHIFT

**11-19-2014**

■ **DATE:**

■ **Admin Showers**

A. Miller, L. Howard, D. Soderberg, J. Delgado and T. Banks

## Shift Events, Incidents and Information Pass On

# RACINE COUNTY JAIL ROLL CALL

Page 2                                    Revised 1/13/2015

BANKS-000477

# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

- **DATE:**                                    **11/20/2014**

- **Admin Showers**                 L. Howard, A. Miller, L. Graves, T.
  **Banks**

## Shift Events, Incidents and Information Pass On



# RACINE COUNTY JAIL ROLL CALL

# 3rd SHIFT

- **DATE:** **November 21,2014**

[black redaction box]

- **Admin Showers** **Banks, T., Howard, L.**

# Shift Events, Incidents and Information Pass On

[black redaction box]

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 204 of 271   Document 79   BANKS-000479

# RACINE COUNTY JAIL ROLL CALL



Revised 1/13/2015

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 205 of 271   Document 60   BANKS-000480

# RACINE COUNTY JAIL ROLL CALL

# 1st SHIFT

■ **DATE:** 11-22-2014

■ **Admin Showers** Graves, L , Banks, T. , Delgado, E, Pugh ,
M. and Loga-Negru , C. , Miller, A (Salas , M. refused his shower )

## Shift Events, Incidents and Information Pass On

# RACINE COUNTY JAIL ROLL CALL

- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 

Revised 1/13/2015



# RACINE COUNTY JAIL ROLL CALL

# 1st SHIFT

■ **DATE:** November 23, 2014

■ **Admin Showers** L. Graves, T. Banks, A. Miller, M. Salas, D. Soderberg, M. Johnson. Refused (M. Pugh, T. Bolton, C. Loga-Negru)

## Shift Events, Incidents and Information Pass On



# RACINE COUNTY JAIL ROLL CALL

- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 209 of 271   Document 1   BANKS-000484



# RACINE COUNTY JAIL ROLL CALL

# 1st  SHIFT

▪  **DATE:**                              **November 24, 2014**

▪  **Admin Showers**                      **Banks....Graves refused shower**

## Shift Events, Incidents and Information Pass On

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 210 of 271   Document 60  BANKS-000485

# RACINE COUNTY JAIL ROLL CALL

- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 

Case 2:14-cv-00381-PP    Filed 02/04/15    Page 211 of 271    Document 60    BANKS-000486



# RACINE COUNTY JAIL ROLL CALL

# 2nd SHIFT

▪ **DATE:**                                    **Tuesday November 25, 2014**

▪ **Admin Showers**                    **Loga-Negru, Delgado, Miller, Banks**

## Shift Events, Incidents and Information Pass On



# RACINE COUNTY JAIL ROLL CALL

# 2nd SHIFT

- **DATE:**                                    **Wednesday November 26, 2014**



- **Admin Showers**                              **Banks, Graves, Cross,**

## Shift Events, Incidents and Information Pass On





# RACINE COUNTY JAIL ROLL CALL

# 1ˢᵗ SHIFT

▪ **DATE:** **November 27, 2014**

▪ **Admin Showers** **Constance Everton SPN#32035, Lawrence**

**Graves SPN#106397 and Tarence Banks SPN#48231.**

## Shift Events, Incidents and Information Pass On



# RACINE COUNTY JAIL ROLL CALL

- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 

Revised 1/13/2015

Case 2:14-cv-00381-PP    Filed 02/04/15    Page 215 of 271    Document 79    BANKS-000490



# RACINE COUNTY JAIL ROLL CALL

# 2nd  SHIFT

■ **DATE:**                                  **Friday November 28, 2014**

■ **Admin Showers**                    **Graves, Delgado, Miller, Shaw, Cross,**

   **Banks, Brasted**

## Shift Events, Incidents and Information Pass On



BANKS-000491

# RACINE COUNTY JAIL ROLL CALL

# 1st shift  SHIFT

- **DATE:**                    **Sunday 11-30-2014**



- **Admin Showers**                    **Miller, Everton, Banks**

# Shift Events, Incidents and Information Pass On

# RACINE COUNTY JAIL ROLL CALL

- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 

Case 2:14-cv-00381-PP    Filed 02/04/15    Page 218 of 271    Document 60    BANKS-000493



# RACINE COUNTY JAIL ROLL CALL

# 3rd  SHIFT

- **DATE:**                                    **December 1, 2014**

- **Admin Showers**                    **Banks, Delgado and Graves**

## Shift Events, Incidents and Information Pass On

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 219 of 271   Document 60   BANKS-000494

# RACINE COUNTY JAIL ROLL CALL

- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 

Case 2:14-cv-00381-PP    Filed 02/04/15    Page 220 of 271    Document 60    BANKS-000495



# RACINE COUNTY JAIL ROLL CALL

# 3rd  SHIFT

- **DATE:**                          **December 2, 2014**



- **Admin Showers**                    **Banks, Grissom. Green.**

## Shift Events, Incidents and Information Pass On

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 221 of 271   Document 60   BANKS-000496

# RACINE COUNTY JAIL ROLL CALL



- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 

Case 2:14-cv-00381-PP    Filed 02/04/15    Page 222 of 271    Document 79    BANKS-000497



# RACINE COUNTY JAIL ROLL CALL

# 2nd  SHIFT

- **DATE:**                                    **12-05-2014**

- **Admin Showers**                    **T. Banks and T. Wilton**

## Shift Events, Incidents and Information Pass On



# RACINE COUNTY JAIL ROLL CALL

# 1st   SHIFT

- **DATE:**                          **12-06-2014**

- **Admin Showers**              Cross, D. -Coe, D.  -Nesbit, D. -Banks, T.,

    ( Bandage Change)  Graves, L ( Bandage Change)

## Shift Events, Incidents and Information Pass On

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 224 of 271   Document 60   BANKS-000499



# RACINE COUNTY JAIL ROLL CALL

# 1st SHIFT

▪ **DATE:**                                    **12-07-2014**



▪ **Admin Showers**                 **Banks, T. , Graves, L and taken to**
       **medical.**

## Shift Events, Incidents and Information Pass On

Revised 1/13/2015
BANKS-000500



# RACINE COUNTY JAIL ROLL CALL

# 2nd SHIFT

▪ **DATE:**          12-08-2014

▪ **Admin Showers**          G. Mitchell, M. Brown, W. Wilkins and

     **T. Banks**

## Shift Events, Incidents and Information Pass On

# RACINE COUNTY JAIL ROLL CALL

Revised 1/13/2015

Case 2:14-cv-00381-PP    Filed 02/04/15    Page 227 of 271    Document 60

BANKS-000502



# RACINE COUNTY JAIL ROLL CALL

# 3rd SHIFT

- **DATE:**                    December 09, 2014

- **Admin Showers**                    banks, R. Johnson

## Shift Events, Incidents and Information Pass On

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 228 of 271   Document 79   BANKS-000503

# RACINE COUNTY JAIL ROLL CALL



- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪



# RACINE COUNTY JAIL ROLL CALL

# 1st shift   SHIFT

- **DATE:**                                    **12-10-2014**

- **Admin Showers**                 Nesbitt, D (6), Delgado, E (1) , Banks, T,

    Gbala, T (21), Graves, L

## Shift Events, Incidents and Information Pass On

BANKS-000505

# RACINE COUNTY JAIL ROLL CALL



- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 231 of 271   Document 60   BANKS-000506

# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

- **DATE:** 12-11-2014

- **Admin Showers**      **Banks, T**

## Shift Events, Incidents and Information Pass On



# RACINE COUNTY JAIL ROLL CALL

# 1st SHIFT

■   **DATE:**                               **12-12-2014**



■   **Admin Showers**                    **Banks, T.  Inmate Graves, L Refused to**

   **shower due to stating that is was too early. Delgado, E., Nesbitt, D,**

   **Ashenfelt, A Koons, D**

## Shift Events, Incidents and Information Pass On

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 233 of 271   DocumentBANKS-600508



# RACINE COUNTY JAIL ROLL CALL

# 1st shift  SHIFT

- **DATE:**                    **12-13-2014**

- **Admin Showers**              **Banks, T,** **& Graves, L  taken to medical**

    for bandage change.

## Shift Events, Incidents and Information Pass On

# RACINE COUNTY JAIL ROLL CALL



- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 235 of 271   Document 89-6   BANKS-000510

# RACINE COUNTY JAIL ROLL CALL

# 1 SHIFT

- **DATE:**  12-14-2014

- **Admin Showers**  **Banks, T** and Graves, L showered in intake

## Shift Events, Incidents and Information Pass On



# RACINE COUNTY JAIL ROLL CALL



- ■
- ■
- ■
- ■
- ■
- ■
- ■
- ■
- ■
- ■
- ■
- ■
- ■
- ■

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 237 of 271   Document 79   BANKS-000512



# RACINE COUNTY JAIL ROLL CALL

# 2nd SHIFT

- **DATE:** **Monday December 15, 2014**

- **Admin Showers** **Banks.**

# Shift Events, Incidents and Information Pass On



Case 2:14-cv-00381-PP   Filed 02/04/15   Page 238 of 271   Document 60   BANKS-000513

# RACINE COUNTY JAIL ROLL CALL

## 2nd SHIFT

■ **DATE:**                    **12-16-2014**

■ **Admin Showers**                    **T. Banks**

## Shift Events, Incidents and Information Pass On



# RACINE COUNTY JAIL ROLL CALL

# 1st SHIFT

- **DATE:**                              December 17, 2014

- **Admin Showers**                    D. Nesbit and T. Banks

# Shift Events, Incidents and Information Pass On



# RACINE COUNTY JAIL ROLL CALL

# 1st SHIFT

■ **DATE:** December 18, 2014

■ **Admin Showers**          L. Graves, E. Delgado. Refusal-T. Banks

## Shift Events, Incidents and Information Pass On

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 241 of 271   Document 79-9 00516

# RACINE COUNTY JAIL ROLL CALL

## 2nd  SHIFT

- **DATE:**                                    **12/19/14**

- **Admin Hour Out**              **Banks & Graves**

## Shift Events, Incidents and Information Pass On

BANKS-000517

# RACINE COUNTY JAIL ROLL CALL



- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪

# RACINE COUNTY JAIL ROLL CALL

## 1st SHIFT

- **DATE:**                                    **Saturday 12/20/2014**

[redacted]

- **Admin Showers**                    **Nesbitt, Banks, Graves (refused)**

## Shift Events, Incidents and Information Pass On

[redacted]

# RACINE COUNTY JAIL ROLL CALL

## 2ND SHIFT

- **DATE:** 12/21/14

- **Admin Showers**          Nesbit & Banks

## Shift Events, Incidents and Information Pass On

# RACINE COUNTY JAIL ROLL CALL

## 3rd  SHIFT

- **DATE:**  **December 22, 2014**

- **Admin Showers**  Banks, T

## Shift Events, Incidents and Information Pass On

BANKS-000521

# RACINE COUNTY JAIL ROLL CALL

# 1st  SHIFT

- **DATE:**                                          **December 23, 2014**

- **Admin Showers**                    **D. Nesbit, E. Delgado, L. Graves and T.**
  **Banks**

# Shift Events, Incidents and Information Pass On

# RACINE COUNTY JAIL ROLL CALL



- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
-

# RACINE COUNTY JAIL ROLL CALL

## 2nd **SHIFT**

■ **DATE:** December 24, 2014

■ **Admin Showers**      **T. Banks**

## Shift Events, Incidents and Information Pass On

# RACINE COUNTY JAIL ROLL CALL



- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 250 of 271   Document 89-6   BANKS-000525



# RACINE COUNTY JAIL ROLL CALL

## 1st SHIFT

- **DATE:** **December 27, 2014**

[redacted]

- **Admin Showers**          L. Graves, T. Banks, P. Johnson

## Shift Events, Incidents and Information Pass On

[redacted]

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 251 of 271   Document 60   BANKS-000526



# RACINE COUNTY JAIL ROLL CALL

# 1st SHIFT

-  **DATE:**                                    **December 28, 2014**

- **Admin Hour Out**                    T. Isom, A. Nesbitt, B. Hayek, T. Banks

   (refusal- E. Delgado and Q. Soloman)

## Shift Events, Incidents and Information Pass On

Page 1                                    Revised 1/13/2015



# RACINE COUNTY JAIL ROLL CALL

# 1st SHIFT

- **DATE:** **December 29, 2014**

- **Admin Showers**          **L. Graves and T. Banks**

## Shift Events, Incidents and Information Pass On

# RACINE COUNTY JAIL ROLL CALL



- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 254 of 271   Document 79   BANKS-000529



# RACINE COUNTY JAIL ROLL CALL

## 1st SHIFT

- **DATE:**                    Tuesday 12/30/2014

- **Admin Showers**                    Shells, Solomon, Byers and Banks.
  (Graves refused)

## Shift Events, Incidents and Information Pass On





# RACINE COUNTY JAIL ROLL CALL

# 1st SHIFT

■ **DATE:**                    **Wednesday 12/31/2014**

■ **Admin Showers**              **Banks, Nesbit (Graves refused)**

## Shift Events, Incidents and Information Pass On

# RACINE COUNTY JAIL ROLL CALL



- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 257 of 271   Document 59-6   BANKS-000532



# RACINE COUNTY JAIL ROLL CALL

# 1st SHIFT

- **DATE:**                                    Thursday, January 1, 2015

- **Admin Showers**                    Banks, Graves

## Shift Events, Incidents and Information Pass On

Page 1                                    Revised 1/13/2015
Case 2:14-cv-00381-PP    Filed 02/04/15    Page 258 of 271    Document BANKS-000533

# RACINE COUNTY JAIL ROLL CALL

# 1st shift SHIFT

- **DATE:** **01-03-2015**

- **Admin Showers** **Banks, T. ( 3D), Nesbitt, A ( intake cell 7)**
  **L. Graves REFUSED A SHOWER ( 2D)**

## Shift Events, Incidents and Information Pass On

# RACINE COUNTY JAIL ROLL CALL



- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 260 of 271   Document 79-6   BANKS-000535

# RACINE COUNTY JAIL ROLL CALL

## 1st  SHIFT

- **DATE:**                              **01-05-02015**

[black redacted box]

- **Admin Showers**                    **Delgado, E , Windham, L , Klyce, L.**
- **Refused to Shower Graves, L and Banks, T.**

## Shift Events, Incidents and Information Pass On

[black redacted box]

# RACINE COUNTY JAIL ROLL CALL



- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪

Case 2:14-cv-00381-PP    Filed 02/04/15    Page 262 of 271    Document 89-6    BANKS-000537



# RACINE COUNTY JAIL ROLL CALL

# 2nd  SHIFT

▪ **DATE:**                                    **01-05-2014**

▪ **Admin Showers**                    T. Banks, J. Davis, N. Shells and M.
        Navarro

# Shift Events, Incidents and Information Pass On

# RACINE COUNTY JAIL ROLL CALL



- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 

Case 2:14-cv-00381-PP   Filed 02/04/15   Page 264 of 271   Document 79-6   BANKS-000539



# RACINE COUNTY JAIL ROLL CALL

# 3rd SHIFT

▪ **DATE:** **Tuesday January 6, 2015**

▪ **Admin Showers** **Solomon, Nesbit (Banks refused)**

## Shift Events, Incidents and Information Pass On



# RACINE COUNTY JAIL ROLL CALL

# 1st SHIFT

- **DATE:** **January 07, 2015**

<span style="background:black">████████████████████████████████████</span>

- **Admin Showers** **T. Banks and L. Graves**

## Shift Events, Incidents and Information Pass On

<span style="background:black">████████████████████████████████████</span>

# RACINE COUNTY JAIL ROLL CALL



- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪
- ▪



# RACINE COUNTY JAIL ROLL CALL

## 1st SHIFT

▪ **DATE:** **Thursday January 8, 2015**

▪ **Admin Showers** **Banks, & Bonk**

## Shift Events, Incidents and Information Pass On



# RACINE COUNTY JAIL ROLL CALL

## 1st SHIFT

- **DATE:**      **01-10-2015**

- **Admin Showers**        Banks, T.   Graves, L   Moore, M

  Hayek, B

## Shift Events, Incidents and Information Pass On



# RACINE COUNTY JAIL ROLL CALL

# 1st SHIFT

▪ **DATE:** **01/11/15**

▪ **Admin Showers** **Nesbitt, Banks, Graves,**

## Shift Events, Incidents and Information Pass On



# RACINE COUNTY JAIL ROLL CALL

# 1st SHIFT


- **DATE:**                                    **01-12-2015**

[REDACTED]

- **Admin Showers**                    Waldrop, E   Hayek, B   Banks, T.
- **Graves, L refused his shower**

## Shift Events, Incidents and Information Pass On

[REDACTED]