UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

TARENCE BANKS,

        Plaintiff,

vs.

Case No. 14-CV-0381

NURSE LESLIE, UNKNOWN,
NURSE BILL, NURSE MEHRING,
CHRISTOPHER SCHMALING, NICK KOLDEWAY,
PATRICK NOONAN, MELISSA A. GONZALES,
SGT. MELISSA MORAN, LT. SHAWN BARKER,
LT. BRADLEY FRIEND, UNKNOWN,
DOUGLAS WEARING, and PORFIRIO LEDEZMA,

        Defendants.

---

AFFIDAVIT OF JACLYN KALLIE IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT

---

State of Wisconsin    )
                            )ss.
Milwaukee County   )

    Jaclyn Kallie, being first duly sworn, on oath deposes and states as follows:

1. Affiant is an attorney licensed to practice law in the State of Wisconsin and the United States District Court for the Eastern District of Wisconsin and makes this affidavit in support of Defendants, Lieutenant Shawn Barker, Lieutenant Bradley Friend, Sergeant Melissa A. Gonzales, Deputy Nick Koldeway, Sergeant Porfirio Ledezma, Sergeant Melissa Moran, Patrick Noonan, Sheriff Christopher Schmaling and Captain Douglas Wearing, motion for summary judgment.

2. Attached hereto and incorporated herein as Exhibit A is a true and correct copy of the transcript from the deposition of Tarence Banks.

[*signature page to follow*]

Dated this 3rd day of February, 2015.

                                                 s/ Jaclyn C. Kallie
                                                     Jaclyn C. Kallie

Subscribed and sworn to before me this 3rd day of February, 2015.

s/ Valerie R. Jonas
Valerie R. Jonas
Notary Public, State of Wisconsin
My commission is permanent.