UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TARENCE BANKS,
    Plaintiff,

v.    Case No.: 14-cv-381

NURSE LESLIE, et al.,
    Defendants.

## MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS

COMES NOW the Plaintiff, Tarence Banks, pro se, and presents to this Honorable Court his Motion to Compel Discovery under Federal Rule of Civil Procedure 37 and for sanctions under Federal Rules of Civil Procedure 11 and 37.

The facts and arguments supporting this motion are presented in Mr. Banks' Declaration and Memorandum in support of this motion.

Respectfully submitted this 09 day of November, 2015.

*Tarence A. Banks*
Tarence Banks #352265
Wisconsin Secure Program Facility
P.O. Box 9900
Boscobel, WI 53805

1