Exhibit 1

W. Wayne Siesennop
W. Patrick Sullivan
David F. Andres *
M. Susan Maloney
Steven T. Elmer **


**SIESENNOP & SULLIVAN**
ATTORNEYS AT LAW

200 N. Jefferson Street
Milwaukee, WI 53202

E-mail: selmer@s-s-law.com
Direct Dial: 414.223.1740

\* Also licensed in New Mexico
\*\* Also licensed in Illinois

October 26, 2015

**Via Certified Mail**
Mr. Tarence Banks
Inmate # 352265
Wisconsin Secure Program Facility
1101 Morrison Dr
PO Box 9900
Boscobel, WI 53805-9900

    Re:    *Tarence Banks v. Nurse Leslie et al*
            Case No. 14-C-0381
            Our File No. 10937

Dear Mr. Banks:

You have submitted to the court two letters regarding the identity of the person you have sued as "Nurse Practitioner Jane Doe." Please see the amended Answer filed by these Defendants.

Thank you for your attention to this matter.

                                              Very truly yours,
                                              SIESENNOP & SULLIVAN

                                              Steven T. Elmer

/ste

c:    Jaclyn Kallie, Esq.

Exhibit 1