IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**TARENCE BANKS,**

    Plaintiff,

v.

**NURSE LESLIE ET AL,**

    Defendants.

Case No. 14-CV-0381

## MOTION FOR A PROTECTIVE ORDER

Defendants Leslie Patton, William Coe, Dana Mehring, and Mahita Gone, by their attorneys, Siesennop & Sullivan, hereby move this Court for a Protective Order relieving them from the undue burden of responding to Banks' voluminous discovery requests.

This Motion is made pursuant to Fed. R. Civ. P. 26 on the grounds that the Plaintiff's discovery requests are overly burdensome, disproportionate to the needs of the case, and represent an undue expense.

This Motion is made upon the pleadings and proceedings herein, the Brief in Support of Motion and the Declaration of Steven Elmer filed herewith, as well as all other papers, pleadings and exhibits on file herein.

Respectfully submitted this 25th day of November 2015.

PO ADDRESS
111 W. Pleasant St., Suite 110
Milwaukee, WI 53212
Telephone: 414-223-7900
Facsimile: 414-223-1199
Email: psullivan@s-s-law.com
Email: selmer@s-s-law.com

SIESENNOP & SULLIVAN
Attorneys for Defendants,
Leslie Patton, William Coe, Dana Mehring,
and Mahita Gone

*s/ Steven T. Elmer*
W. Patrick Sullivan
State Bar No. 1006235
Steven T. Elmer
State Bar No. 1088018