IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| TARENCE BANKS,<br>    Plaintiff,<br>v.<br>NURSE LESLIE ET AL,<br>    Defendants. | Case No. 14-CV-0381 |

## MOTION TO COMPEL DISCOVERY

Defendants Leslie Patton, William Coe, Dana Mehring, and Mahita Gone ("the Medical Defendants"), by their attorneys, Siesennop & Sullivan, hereby move this Court to Compel the Plaintiff to provide complete and responsive answers to certain discovery requests.

This Motion is made pursuant to Fed. Rs. Civ. P. 33, 34, and 37 on the grounds that the Plaintiff has failed to provide complete responses to discovery requests propounded to him by the Medical Defendants.

This Motion is made upon the pleadings and proceedings herein to date, the Brief in Support of Motion, the Declaration of Steven Elmer filed herewith, and the attached exhibits.

Respectfully submitted this 14th day of December 2015.

PO ADDRESS
111 W. Pleasant St., Suite 110
Milwaukee, WI 53212
Telephone:  414-223-7900
Facsimile:  414-223-1199
Email: psullivan@s-s-law.com
Email: selmer@s-s-law.com

SIESENNOP & SULLIVAN
Attorneys for Defendants,
Leslie Patton, William Coe, Dana Mehring,
and Mahita Gone

*s/ Steven T. Elmer*
W. Patrick Sullivan
State Bar No. 1006235
Steven T. Elmer
State Bar No. 1088018