TARENCE BANKS,
    Plaintiff,

v.                                                              Case No.: 14-cv-381

NURSE LESLIE, et al.,
    Defendants.

## MOTION TO DETERMINE THE SUFFICIENCY OF ANSWERS OR OBJECTIONS TO ADMISSIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 36(a)(6)

COMES NOW the Plaintiff, Tarence Banks, pro se, and presents to this Honorable Court his Motion to Determine the Sufficiency of Answers or Objections by Defendants Schmaling, Wearing, Barker, Friend, Gonzales, Moran, Koldeway, Noonan, and Evans.

    The reasons this motion should be granted are contained in Mr. Banks' Declaration and Memorandum in support of this motion.

Respectfully submitted this _14_ day of _December_, 2015.

_Tarence A. Banks_
Tarence Banks #352265
Wisconsin Secure Program Facility
P.O. Box 9900
Boscobel, WI 53805

1