UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

TARENCE BANKS,

        Plaintiff,

                                               Case No. 14-CV-0381

vs.

NURSE LESLIE PATTON, MAHITA GONE,
NURSE WILLIAM COE, NURSE DANA MEHRING,
CHRISTOPHER SCHMALING, NICK KOLDEWAY,
PATRICK NOONAN, MELISSA A. GONZALES,
SGT. MELISSA MORAN, LT. SHAWN BARKER,
LT. BRADLEY FRIEND, CO JOSHUA EVANS,
DOUGLAS WEARING, and PORFIRIO LEDEZMA,

        Defendants.
_____

AFFIDAVIT OF DOUGLAS WEARING IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT
_____

State of Wisconsin    )
                           )ss.
Milwaukee County    )

    Douglas Wearing, being first duly sworn, on oath deposes and states as follows:

1. Affiant is, and was at all times relevant to the above-captioned lawsuit, a Racine County Sheriff's Office Captain charged with the duty to oversee and manage all Racine County Jail operations.

2. As Jail Captain, Douglas Wearing has personal knowledge of the facts of this lawsuit having engaged in his own personal investigation into the allegations when the Plaintiff's Summons and Complaint were first served on the Defendants to this action.

3. Captain Wearing has personal knowledge of all Racine County Jail policies and procedures during all times relevant to this lawsuit.

4. Attached hereto and incorporated herein as Exhibit A is a true and correct copy of the Plaintiff's Jail File.

5. Attached hereto and incorporated herein as Exhibit B is a true and correct copy of Plaintiff's Jail Medical Records from November 12, 2013 until April 3, 2014.

6. Attached hereto and incorporated herein as Exhibit C is a true and correct copy of the Racine County Jail Handbook in force and effect from the time of Plaintiff's incarceration on November 12, 2013 until April 3, 2014, the date of the Complaint.

7. The Plaintiff was classified as "Level 3 Maximum", the highest custody classification, based on objective factors including his criminal record and past confinement. The Plaintiff maintained this classification throughout his confinement at Racine County Jail, due in part to his significant disciplinary history within the jail.

8. Cells and dayroom showers for Level 3 Maximum inmates do not contain grab rails for safety and security reasons, including suicide concerns.

9. The Racine County Jail E-Wing is a low security, dormitory style portion of the jail for inmates classified as "Level 1 Minimum". The E-Wing is a newer area of the jail that contains more "handicap" accommodations, including shower grab rails.

10. For safety and security reasons, including the Plaintiff's maximum level classification and significant disciplinary history, the Plaintiff was not housed on the E-Wing. The Plaintiff was allowed to shower in the E-Wing ("intake") shower.

11. Attached hereto and incorporated herein as Exhibit D is a true and correct copy of select portions of the Racine County Jail Roll Call.

12. Attached hereto and incorporated herein as Exhibit E is a true and correct copy of CO Pearson's statement regarding the January 6, 2014 Koldeway incident.

[*signature page to follow*]

Dated this 18 day of March, 2016.

                                                                Douglas Wearing
                                                                Racine County Jail Captain
                                                                Defendant

Subscribed and sworn to before me this 18 day of March, 2016.

Notary Public, State of Wisconsin
My commission expires: 12-08-19

3