# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

Tarence Banks,

      **Plaintiff,**

 v.                                             **Case No.** 14-C-0381

Racine County Jail Correctional
Health Care, et al,

      **Defendants.**

## SETTLEMENT CONFERENCE MINUTES

**HONORABLE WILLIAM E. CALLAHAN, JR.  PRESIDING**

DATE: April 4, 2016

TIME COMMENCED: 9:00 am      TIME CONCLUDED: 10:45 am

APPEARANCES:

    PLAINTIFF - Attorney Jeffrey J. Guerard, appointed pro bono to represent the plaintiff only for the mediation

    DEFENDANT - Attorney Jaclyn C. Kallie

A mediation was scheduled to be conducted in this action on Friday, April 8, 2016. In accordance with this court's pre-mediation order, counsel for the parties submitted their respective mediation statements. After reviewing such statements, I became concerned that conducting the mediation at this time would be an exercise in futility and a waste of resources. Thus, I called each counsel and, after hearing each of their positions on the matter, became convinced that, indeed, given the current posture of the case, a mediation at this time would certainly not be successful.

Accordingly, the mediation that is currently scheduled to be conducted on April 8, 2016, will be cancelled.

Should the parties believe that a mediation session in the future would be helpful in resolving this action, they should advise Judge Pepper who, if she deems it appropriate, can reassign the matter to me for mediation.

In the meantime, Attorney Guerard is relieved of any further responsibility to the plaintiff in this matter. Should a mediation session be scheduled in the future, the court will certainly consider appointing him to assist the plaintiff in such mediation.

So Ordered.

-2-

Case 2:14-cv-00381-PP   Filed 04/04/16   Page 2 of 2   Document 166