IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

Terence Banks,
    Plaintiff

V.                        Case No. 14-cv-0381

Nurse Patton, et al.,
    Defendant's.

## AFFIDAVIT OF OSCAR GARNER

State Of Wisconsin
County Of Grant

    I, **Oscar Garner**, hereby declare under the penalty of perjury that all statements made herein are true and correct to the best of my personal knowledge.

1. I am incarcerated as a prisoner at the Wisconsin Secure Program Facility.

2. I have not been promised anything for helping inmate Terence Banks.

3. I wrote and did the research for all the following: Motion for Opposition Summary Judgment, The Plaintiff's Supplemental proposed Findings of Fact, Plaintiff's Opposition Summary Judgment Brief.

4. I got the information from Terence Banks to write his Affidavit up for him since he has one(1) arm and can't do it him self.

5. I wrote and got the information from Terence Banks and wrote his answer to the defendant's Proposed Findings Of Facts.

6. The Plaintiff Terence Banks has very little to no knowledge of civil law.

7. I will testify in open court to any and all statements made herein.

    I, **Oscar Garner**, hereby Declare under penalty of perjury that all statements made herein are true and correct to the best of my personal knowledge.

Dated this __4__ day of __April__, 2016.

Oscar Garner #441203
(WSPF) P.O. Box 9900
Boscobel, Wis. 53805