Terence Banks,
            Plaintiff

V.                                              Case No.14-cv-0381

Lt.Shawn Barker,et al.,
                Defendant's.

## AFFIDAVIT OF OSCAR GARNER

State of Wisconsin

County of Grant

        I,Oscar Garner,hereby declare under the penalty of perjury that all statement's made herein are true and correct to the best of my personal knowledge.

1.I am incarcerated as a prisoner at the Wisconsin Secure Program Facility.

2.I have not been promised anything for helping inmate Terence Banks.

3.I wrote and did the search for all the following:Motion for opposition summary judgment,the Plaintiff's supplemental proposed findings of fact,plaintiff's opposition summary judgment brief, response to defendant's proposed findings of fact.

4.I got the information from Terence Banks to write his Affidavit up for him since he has one(1)arm and can't do it himself.

5.The Plaintiff Terence Banks has very little to not knowledge of civil law.

6.I will testify in open court to any and all statements made herein.

        I,Oscar garner,hereby Declare under penalty of perjury that all statements made herein are true and correct to the best of my personal knowledge.

Dated this 16 day of  April        ,2016.

                                    Oscar Garner#441303
                                    (WSPF)P.O.Box 9900
                                    Boscobel,Wis.53805