Tarence Banks,
    Plaintiff,

v.

Leslie Patton, et al,
    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. 14-cv-381-PP

☐ **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

**X** **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

**THE COURT ORDERS AND ADJUDGES** that for the reasons stated in its February 22, 2017 decision, the court **GRANTS** the defendants' motions for summary judgment.

**THE COURT ORDERS** that this case is dismissed.

Approved and dated in Milwaukee, Wisconsin this 23rd day of February, 2017.

BY THE COURT:

HON. PAMELA PEPPER
United States District Judge

JON W. SANFILIPPO
Clerk of Court

/s/ Kristine G. Wrobel
Deputy Clerk