IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**TARENCE BANKS,**

    Plaintiff,

v.                                 Case No. 14-CV-0381

**NURSE LESLIE, ET AL.,**

    Defendants.

## MOTION TO TERMINATE ATTORNEY OF RECORD

The undersigned moves the Court to terminate Steven T. Elmer as attorney of record in the above-captioned case. The movant certifies that Steven T. Elmer is no longer with Siesennop & Sullivan, LLP, the firm that represents Defendants Leslie Patton, William Coe, Dana Mehring, and Mahita Gone in this matter. The movant further certifies that said Defendants have been notified that other members of the firm will continue as counsel.

Respectfully submitted this 7th day of July 2017.

                                        SIESENNOP & SULLIVAN, LLP
                                        Attorneys for Defendants,
                                        Leslie Patton, William Coe,
                                        Dana Mehring, and Mahita Gone

                                        *s/ W. Patrick Sullivan*
                                        W. Patrick Sullivan
                                        State Bar No. 100623

P.O. Address:
111 W. Pleasant St., Suite 110
Milwaukee, Wisconsin 53212
Telephone:  414-223-7900
Facsimile:  414-223-1199
psullivan@s-s-law.com