UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

TARENCE BANKS,

                Plaintiff,

    v.                                      Case No. 14-cv-381-pp

LESLIE PATTON, *et al.*,

                Defendants.

---

## REQUEST FOR REPRESENTATION

---

At the court's request, Attorney Brandon Krajewski of the law firm Quarles & Brady LLP, has agreed to represent plaintiff Tarence Banks on a volunteer basis. Before the court will facilitate Mr. Krajewski's representation, the plaintiff must agree to the Regulations Governing the Prepayment and Reimbursement of Expenses in Pro Bono Cases from the District Court Pro Bono Fund. The court will provide the plaintiff with a copy of the regulations. Under Paragraph A.1, Mr. Krajewski's volunteer representation will take effect only after the plaintiff signs and returns the enclosed form stating his agreement to be bound by the regulations.

The court **ORDERS** that, on or before **March 20, 2019**, the plaintiff must sign and return the enclosed Agreement to Reimburse the Pro Bono Fund, if he wishes to proceed with a lawyer in this case at no charge to him.

The court will mail the plaintiff a copy of the Regulations Governing the Prepayment and Reimbursement of Expenses in Pro Bono Cases.

The court also will mail a copy of this order to Brandon Krajewski of the law firm Quarles & Brady LLP, 411 East Wisconsin Avenue, Suite 2400, Milwaukee, Wisconsin, 53202-4426.

Dated in Milwaukee, Wisconsin, this 27th day of February, 2019.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**United States District Judge**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

TARENCE BANKS,

                        Plaintiff,

        v.                                          Case No. 14-cv-381-pp

LESLIE PATTON, *et al.,*

                        Defendants.

---

**AGREEMENT TO REIMBURSE PRO BONO FUND**

---

I am the indigent plaintiff in this case, and in consideration of the court recruiting a lawyer to represent me, I agree to reimburse the District Court Pro Bono Fund out of any proceeds I receive: (1) in settlement of my claim or claims or (2) upon prevailing other than by settlement of my claim or claims, for any expenses and/or costs which are either prepaid from the District Court Pro Bono fund or reimbursed to my volunteer lawyer in accordance with the Regulations Governing the Prepayment and Reimbursement of Expenses in Pro Bono Cases.

Date: _____

                                        _____
                                        Tarence Banks *(signature)*