UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

TERENCE BANKS,

          Plaintiff,

v.                                                 Case No. 14-cv-381-pp

LESLIE PATTON, *et al.*,

          Defendants.

---

**ORDER APPROVING IN PART PARTIES' STIPULATION AND
PROPOSED SCHEDULING ORDER (DKT. NO. 235)**

---

On May 17, 2019, the parties submitted a Stipulation and Proposed Scheduling order. Dkt. No. 235. The court **APPROVES** in part the stipulation and **ORDERS** as follows:

1.   **Discovery**. The court reopens discovery. The parties must serve all requests for discovery by a date sufficiently early so that all discovery is completed no later than **January 15, 2020.**

2.   **Expert Witnesses.** The plaintiff must disclose all expert witnesses, exhibits and other Fed. R. Civ. P. 26(a)(2) matters by **September 1, 2019**. The defendants must disclose all expert witnesses, exhibits and other Fed. R. Civ. P. 26(a)(2) matters by **October 18, 2019**.

The court further **ORDERS** that the status conference set for May 22, 2019 is **REMOVED** from the court's calendar. By January 31, 2020, the parties are to file a status report with the court, indicating whether they would like the court to refer the case to a U.S. Magistrate Judge for mediation or whether they anticipate that the case will proceed to trial. If the parties anticipate a trial, the court will set a scheduling conference to select dates.

Dated in Milwaukee, Wisconsin this 21st day of May, 2019.

                                                    **BY THE COURT:**

                                                    _____
                                                    **HON. PAMELA PEPPER
                                                    United States District Judge**